# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| DR. SCOTT JENSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MINNESOTA BOARD OF MEDICAL PRACTICE; RUTH MARTINEZ, ELIZABETH A. HUNTLEY, CHERYL L. BAILEY, JOHN M. MANAHAN, PETER J. HENRY, in both their individual and official capacities as members of the Minnesota Board of Medical Practice; BRIAN ANDERSON in his individual and official capacity as a medical regulations analysts for the Minnesota Board of Medical Practice, JANE ROES 1-12, in both their individual and official capacities as members of the Minnesota Board of Medical Practice; and JOHN DOES 1-4, in both their individual and official capacities as members of the Minnesota Board of Medical Practice,<br><br>　　　　Defendants. | Court File No. 23-CV-01689-JWB-DTS<br><br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff Dr. Scott Jensen ("Plaintiff"), and all Defendants ("Defendants") as follows:

WHEREAS, Plaintiff's Complaint in this action was filed on June 6, 2023;

WHEREAS, Defendant Minnesota Board of Medical Practice was served on June 7, 2023;

WHEREAS, Defendant Elizabeth A. Huntley was served in her official capacity on June 7, 2023, and in her individual capacity on June 7, 2023;

WHEREAS, Defendant Brian Anderson was served in his official capacity on June 7, 2023, and in his individual capacity on June 8, 2023;

WHEREAS, Defendants Ruth Martinez, Cheryl L. Bailey, John M. Manahan, and Peter J. Henry, were each served in their official capacities on June 7, 2023, and in their individual capacities on June 9, 2023;

WHEREAS, all Defendants intend to file and serve responsive pleadings in order to fully inform the Court of any and all appropriate responses, counterclaims, and defenses;

WHEREAS by entering into this Stipulation, Plaintiff and all Defendants have agreed that:

(1) All Defendants' responsive pleadings in this action shall be due July 21, 2023; and

(2) that such extension shall not constitute a waiver of any defenses or claims, whether procedural or substantive, which Defendants may assert in this action.

Dated: June 22, 2023

Gregory J. Joseph (#0346779)
Joseph Law Office PLLC
300 E. Frontage Road
Waconia, Minnesota 55387
josephlawoffice@protonmail.com
(612) 968-1397

Douglas P. Seaton (#127759)
James V.F. Dickey (#393613)
Upper Midwest Law Center
8421 Wayzata Blvd., Suite 300
Golden Valley, Minnesota 55426
James.Dickey@umlc.org
(612) 428-7000

ATTORNEYS FOR PLAINTIFF

Dated: June 23, 2023

*[signature]*

Nicholas Lienesch (#0392322)
David Cullen (#0338898)
Assistant Attorneys General

445 Minnesota Street, #1400
St. Paul, Minnesota 55101-2131
(651) 757-1315 (Voice)
(651) 297-2576 (Fax)
nicholas.lienesch@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS