**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Dr. Scott Jensen, | Case No. 23-cv-1689 (JWB/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Minnesota Board of Medical Practice, | |
| Defendant. | |

---

The parties filed a stipulation, Dkt. No. 21, to give defendants an extension of time to Answer the Complaint. **IT IS HEREBY ORDERED:** Defendants shall Answer or otherwise respond to the Complaint on or before July 21, 2023.

Dated: June 26, 2023

                                                     s/David T. Schultz
                                                   DAVID T. SCHULTZ
                                                   U.S. Magistrate Judge