UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DR. SCOTT JENSEN,<br><br>  Plaintiff,<br><br>v.<br><br>MINNESOTA BOARD OF MEDICAL PRACTICE; RUTH MARTINEZ, ELIZABETH A. HUNTLEY, CHERYL L. BAILEY, JOHN M. MANAHAN, PETER J. HENRY, in both their individual and official capacities as members of the Minnesota Board of Medical Practice; BRIAN ANDERSON in his individual and official capacity as a medical regulations analysts for the Minnesota Board of Medical Practice, JANE ROES 1-12, in both their individual and official capacities as members of the Minnesota Board of Medical Practice; and JOHN DOES 1-4, in both their individual and official capacities as members of the Minnesota Board of Medical Practice,<br><br>  Defendants. | Court File No. 23-CV-01689<br><br>Honorable Jerry W. Blackwell<br><br>Filed: July 14, 2023<br><br>**STIPULATION AS TO SCHEDULING** |

IT IS STIPULATED by and between the undersigned parties, by their respective attorneys, as follows:

1. Defendants intend to file a Motion to Dismiss the above matter. This Motion shall be filed and served on or before August 11, 2023.

2. Plaintiff's Memorandum of Law opposing the Motion to Dismiss shall be filed and served on or before September 11, 2023.

3. Defendants' responsive Memorandum of Law shall be filed and served on or before September 25, 2023
4. This matter shall come before the Court for Hearing on October 3, 2023 at 2:00pm at the United States District Court for the District of Minnesota, 316 N. Robert Street, St. Paul, Minnesota, 55101.

*For Plaintiff Dr. Scott Jensen*

**JOSEPH LAW OFFICE PLLC**

Dated:  July 14, 2023

  */s/ Gregory J Joseph*
Gregory J Joseph (#0346779)
300 E Frontage Road
Waconia, MN  55387
josephlawoffice@protonmail.com
(612) 968-1397

**UPPER MIDWEST LAW CENTER**

Douglas P. Seaton (#127759)
James V. F. Dickey (#393613)
8421 Wayzata Blvd., Suite 300
Golden Valley, Minnesota 55426
James.Dickey@umlc.org
(612) 428-7000

*For Defendants Minnesota Board of Medical Practice, et al.*

**OFFICE OF THE
MINNESOTA ATTORNEY GENERAL**

Nicholas Lienesch (#0392322)
David Cullen (#0338898)
Assistant Attorneys General
445 Minnesota Street, Suite 1400
St. Paul, Minnesota  55101
nicholas.lienesch@ag.state.mn.us