UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DR. SCOTT JENSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MINNESOTA BOARD OF MEDICAL PRACTICE; RUTH MARTINEZ, ELIZABETH A. HUNTLEY, CHERYL L. BAILEY, JOHN M. MANAHAN, PETER J. HENRY, in both their individual and official capacities as members of the Minnesota Board of Medical Practice; BRIAN ANDERSON in his individual and official capacity as a medical regulations analysts for the Minnesota Board of Medical Practice, JANE ROES 1-12, in both their individual and official capacities as members of the Minnesota Board of Medical Practice; and JOHN DOES 1-4, in both their individual and official capacities as members of the Minnesota Board of Medical Practice,<br><br>    Defendants. | Court File No. 23-CV-01689-JWB-DTS<br><br>**DEFENDANTS' MOTION TO DISMISS** |

Defendants hereby move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss with prejudice Plaintiff Dr. Scott Jensen's Complaint for failure to state a claim upon which relief can be granted as set forth in detail in the accompanying memorandum of law.

This motion is based upon the pleadings and records on file in this case, the accompanying memorandum of law, and the arguments of counsel and proceedings herein.

Dated: July 21, 2023

KEITH ELLISON
Attorney General
State of Minnesota

/s/ Nicholas Lienesch
NICHOLAS LIENESCH
Assistant Attorney General
Atty. Reg. No. 0392322

DAVID CULLEN
Assistant Attorney General
Atty. Reg. No. 0338898

445 Minnesota Street, #1400
St. Paul, Minnesota 55101-2131
(651) 757-1315 (Voice)
(651) 297-2576 (Fax)
nicholas.lienesch@ag.state.mn.us

ATTORNEYS FOR DEFENDANTS