UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DR. SCOTT JENSEN,<br><br>      Plaintiff,<br><br>      v.<br><br>MINNESOTA BOARD OF MEDICAL PRACTICE; RUTH MARTINEZ, ELIZABETH A. HUNTLEY, CHERYL L. BAILEY, JOHN M. MANAHAN, PETER J. HENRY, in both their individual and official capacities as members of the Minnesota Board of Medical Practice; BRIAN ANDERSON in his individual and official capacity as a medical regulations analysts for the Minnesota Board of Medical Practice, JANE ROES 1-12, in both their individual and official capacities as members of the Minnesota Board of Medical Practice; and JOHN DOES 1-4, in both their individual and official capacities as members of the Minnesota Board of Medical Practice,<br><br>      Defendants. | Court File No. 23-CV-01689-JWB-DTS<br><br>**[PROPOSED]**<br>**ORDER OF DISMISSAL** |

On October 3, 2023, the above-entitled matter came before the undersigned Judge of U.S. District Court.

The Court, having received the arguments of counsel, and based upon the pleadings, records, motions, and memoranda filed herein, **IT IS HEREBY ORDERED**:

    1.    Defendants' Motion to Dismiss is GRANTED in all respects;

  2. Plaintiff's Complaint is DISMISSED WITH PREJUDICE in its entirety; and

  3. Judgment of dismissal shall be entered upon filing of this Order.

Dated: _____  BY THE COURT:

_____
The Honorable Jerry W. Blackwell
U.S. District Court Judge
District of Minnesota