*EXHIBIT 1*

**PERSONAL AND CONFIDENTIAL**

June 22, 2020


Scott M. Jensen, M.D.
9375 Pierson Lake Drive
Chaska, MN 55318


RE:     Complaints regarding COVID-19 public statements
        Board File Nos: BFA05200976, BFA0520977

Dear Dr. Jensen:

The Board has received complaints regarding public statements you made related to COVID-19. In accordance with Minnesota law, the Board is required to make inquiries into all complaints and reports wherein violations of the Medical Practice Act are alleged, including but not limited to Minn. Stat. § 147.091, subd. 1(g).

Please respond, in writing, to the following complaint summary/allegations:

- *It is alleged that you were "spreading misinformation [regarding COVID-19] on a regional tv station [i.e., KXJB-TV]," claiming that the Minnesota Department of Health instructed providers to list COVID-19 as the cause of death on death certificates regardless of whether a patient died of COVID-19; and*
- *It is alleged that you also provided "reckless advice [regarding COVID-19] over social media," stating that COVID-19 "is nothing more than the flu."*

**With your response, please include any relevant documentation you have received from the Minnesota Department of Health regarding COVID-19, and any other materials that you would like the Board to consider in its review of this matter.** You may provide this information via first class U.S. Mail, e-mail, or CD-ROM. Please refer to the file number listed above in all correspondence.

Your written response and supporting materials are due by **July 22, 2020**.

Once all of the information has been gathered, the complaints will be reviewed by the Board's Complaint Review Committee. This Committee is made up of three members of the Board, including two physicians and one public member. The Complaint Review Committee may decide to dismiss the complaints, request further information, or request that you appear to discuss the matter in person.

Please note that these are allegations only. The Board makes no assumptions regarding the truth of these allegations. Your response and all data collected during this inquiry are confidential and cannot be disclosed to anyone, except other state boards and state agencies.

Page 2

I must inform you that, as a licensee of the Board, you are required to cooperate fully with the investigation into this matter. Failure to cooperate could result in disciplinary action by the Board.

Thank you for your cooperation. If you have any questions, please feel free to contact me.

Sincerely,

Brian Anderson
Medical Regulations Analyst
612-548-2141
Brian.Anderson@state.mn.us

*EXHIBIT 2*

**From** ████████████████████████

**Sent:** Wednesday, April 8, 2020 7:48 AM

**To:** MN_HLB_Medical Board <Medical.Board@state.mn.us>

**Subject:** Minnesota Doctor Spreading Misinformation on Local Television

**This message may be from an external email source.**

Do not select links or open attachments unless verified. Report all suspicious emails to Minnesota IT Services Security Operations Center.

Could you look into this? Dr Scott Jensen appears to be spreading misinformation on a regional tv station.

2

https://twitter.com/i/status/1247680994821509121

**From** ████████████████████████

**Sent:** Monday, April 20, 2020 11:50 AM

**To:** Van Etta-Olson, Kathryn (HLB) <Kathryn.VanEtta-Olson@state.mn.us>

**Subject:** Re: Minnesota Doctor Spreading Misinformation on Local Television

Here's my formal complaint on this quack.

https://www.startribune.com/as-minnesota-senator-cast-doubt-on-covid-19-death-tolls-conspiracy-theorists-pounced-online/569785662/

This article has Unlimited Access. Support our public service journalism: Subscribe Now. (https://users.startribune.com/placement/6/environment/3/coronavirus-desktop/start)

CORONAVIRUS    **113,097** U.S. deaths    Tracking Minnesota cases    Live: What you need to know    Stay Safe FAQ    Q&A    Newsletter

**CORONAVIRUS**

# As Minnesota senator cast doubt on COVID-19 death tolls, conspiracy theorists pounced online

By Stephen Montemayor (https://www.startribune.com/stephen-montemayor/298000161/) Star Tribune

APRIL 20, 2020 — 8:27PM

State Sen. Scott Jensen, a Chaska Republican and physician, got more attention than he bargained for this month after calling into question federal guidelines for attributing deaths to COVID-19.

Jensen, sometimes mentioned as a possible 2022 gubernatorial candidate, voiced fears that doctors could start over-diagnosing the virus and inflating its death toll in a series of interviews with television personalities from North Dakota to Fox News in New York.

His words quickly went viral around the globe and found new life fueling conspiracy theories and disinformation about the coronavirus across fringe, far-right websites.

"I'm deeply disappointed," Jensen said in an interview this week. "I think that things are being taken out of context. ... But isn't that the world we live in? I mean, I think people will clip and cut and paste."

One of Jensen's earliest interviews on the subject, with Fargo TV host Chris Berg, gained significant traction among followers of the QAnon conspiracy theory, which claims that a worldwide network of satanic pedophiles controls a "deep state" pulling the levers of government. A Facebook page affiliated with the QAnon movement shared a link to Jensen's interview with its more than 144,000 followers with the comment: "What is the primary benefit to keep public in mass-hysteria re: COVID-19? Think voting. Are you awake yet?"

InfoWars, a conspiracy news site that recently claimed that the coronavirus is a man-made bioweapon meant to stoke panic, also linked to Jensen's interview and ended a post with Jensen's quote: "Well, fear is a great way to control people, and I worry about that."

Jensen said he began speaking out after taking a closer look at new federal guidance added this month for physicians and medical examiners on when to declare COVID-19 as a cause of death. In one TV interview, Jensen was asked why he thought the government would want to skew the COVID-19 death toll upward.

"I worry that sometimes we're just so interested in jazzing up the fear factor," he replied.

Jensen has also suggested that each state's share of COVID-19 deaths could "at some point in time powerfully impact the allocation of federal funds."

Though not addressing Jensen specifically, Dr. Anthony Fauci, director of the National Institute of Allergy and Infectious Diseases, and a leader of the national COVID-19 response, rejected those arguments.

"I think it falls under the category of something that is very unfortunate — these conspiracy theories that we hear about," Fauci told NBC News.

State Health Commissioner Jan Malcolm meanwhile described the latest federal guidance as a measure to better define the scope of the pandemic.

A Star Tribune review of 63 COVID-19-related death records in Minnesota suggests that doctors in the state are taking a conservative approach to attributing deaths to the virus when test results weren't available. Of the death records, 10 say "possible" or "suspected" or "awaiting test results." The state's Health Department confirmed that the 10 records were not added to the official death count. If test results come in after the death and confirm that it was due to COVID-19, physicians can amend the death certificate and the case would then be added to the official tally.

Andy Slavitt, a Minnesota resident and former acting administrator of the Centers for Medicare and Medicaid Services, said that without evidence, accusations of falsifying data for financial gain "has the appearance of trying to fit in a conclusion you want to reach." He pointed out that the U.S. is instead still hamstrung by a "significant amount of underreporting and undertesting" of the virus.

"This isn't even something that is supposed to be an argument," he said. "Let's just prevent people from getting sick and dying and give the public the best evidence and guidance to do that instead of speculating in a way that could be unhealthy for people."

In a coordinated effort akin to information warfare during the 2016 presidential campaign, thousands of Russian-linked social media accounts have been deployed to spread fear about COVID-19. Experts say Russian, Iranian and Chinese actors have been


GLEN STUBBE – STAR TRIBUNE
Sen. Scott Jensen, R-Chaska


Sen. Scott Jensen said, "I think that things are being taken out of context."

6/11/2020    As Minnesota senator cast doubt on COVID-19 death tolls, conspiracy theorists pounced online - StarTribune.com

CASE 0:23-cv-01689-JWB-DTS   Doc. 42-1   Filed 04/18/24   Page 7 of 111

This article has Unlimited Access. Support public service journalism: **Subscribe Now. (https://users.startribune.com/placement/6/environment/3/coronavirus-desktop/start)**

waging disinformation campaigns to distract from their own challenges while sowing discord about the U.S. response to the pandemic.

Russia Today, a Kremlin-powered global television network, also used Jensen's statements to Fox News host Laura Ingraham to punctuate a story questioning New York's COVID-19 death count.

"We are going to undermine the public trust," Jensen said in the interview, warning that "trust in politicians is already wearing thin."

A Pew Research Center Poll conducted during the early days of the coronavirus outbreak in the U.S. found that about half of Americans said they encountered at least some "completely made-up news" about the virus. The report's authors attributed some of the skepticism toward information related to the rapidly evolving public health crisis to "a competitive, and often conflicting, media environment." Leadership at the World Health Organization in February described fighting "an infodemic" alongside the pandemic.

In an interview this week, Jensen said that he still had confidence in Malcolm and the governor. But his comments also come amid a deepening political divide across the country over governors' decisions to install stay-at-home orders that have shuttered many businesses in a bid to mitigate the virus' spread.

On Thursday, several state DFL lawmakers who are also physicians criticized Jensen's statements and accused him of seeking to exploit the crisis for political gain.

"He's basically saying that doctors are lying about death," said state Rep. Alice Mann, a Democrat from Lakeville who is also an emergency room physician.

Clint Watts, a former FBI agent and expert on Russian disinformation at the Foreign Policy Research Institute, said moments of fear and uncertainty can lead people to consume information that they would not otherwise consider. It is under these circumstances, Watts said, that disinformation peddlers can use a pandemic as a chance for news consumers to let their guards down and accept them as viable sources of information.

Jensen's remarks can serve "as the kindling for disinformation," Watts said. He said Jensen's status as an elected official and doctor amplified that dynamic.

"He can elevate and amplify those narratives in a way that you or I cannot," Watt said.

Jensen has courted controversy on other matters of public health. He opposes state-mandated vaccinations for children, framing it as an issue of parents' rights, and has defended President Donald Trump for talking about hydroxychloroquine, an antimalarial drug that has yet to be medically approved as a coronavirus treatment.

Jensen stands by his concerns about the federal guidelines and questions raised about how death counts could affect federal funding — saying that "to not acknowledge that is putting our heads in the sand."

At the same time, Jensen pleaded for Minnesotans to take in his full message. "I don't want my videos or my comments weaponized, but I don't know in this day and age what you can do to stop that."

Staff writer Glenn Howatt contributed to this report.

Twitter: @smontemayor

**Stephen Montemayor** covers politics and government in Minnesota. He previously reported on federal courts and law enforcement for the Star Tribune.

stephen.montemayor@startribune.com    612-673-1755    smontemayor

6/11/2020 Chris Berg on Twitter: "SHOCKING: MN Sen & Dr. @drscottjensen said that he received a 7 pg doc from @mnhealth to fill out death...

CASE 0:23-cv-01689-JWB-DTS Doc. 42-1 Filed 04/18/24 Page 8 of 111



🐦 🔍 Search Twitter                          **Log in**   Sign up   •••

**New to Twitter?**

Sign up now to get your own personalized timeline!

**Sign up**

**Chris Berg** ⌄
@chrisbergpov

SHOCKING: MN Sen & Dr. @drscottjensen said that he received a 7 pg doc from @mnhealth to fill out death certificates with a diagnosis of #COVID-19 whether the person actually died from COVID-19 or not.

Why is #MN inflating COVID-19 death numbers?



Is MN inflating COVID-19 death numbers?

7:21 PM · Apr 7, 2020 · Twitter Media Studio

**32.7K** Retweets   **29.2K** Likes

🗨         ↻         ♡         ⬆

**Relevant people**



**Chris Berg**      **Follow**
@chrisbergpov

Host of Point of View w/ Chris Berg on KX4 & West Dakota Fox. LIVE at 6:30pm CST on KX4 and West Dakota Fox. Keeping you informed and connected.

**Scott Jensen** ✓    **Follow**
@drscottjensen

Dad, husband, long-time family physician, and Minnesota State Senator for Carver County.

**mnhealth** ✓      **Follow**
@mnhealth

Minnesota Department of Health is responsible for protecting, maintaining and improving the health of all Minnesotans. Phone: 651-201-5000

**What's happening**

COVID-19 · LIVE
**COVID-19: Updates for the US**

#DontOnABC
A New Game Show TONIGHT 9|8c
📺 Promoted by Don't on ABC

Auto racing · Trending           ⌄
**Ray Ciccarelli**
19.8K Tweets

In memoriam · Yesterday
**Journalist and TV writer Jas Waters has died**

Celebrities · Trending           ⌄
**#JohnKrasinskilsOverParty**
12.9K Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.

**Chris Berg** @chrisbergpov · Apr 8        ⌄
Replying to @chrisbergpov
.@drscottjensen said they could be inflating COVID-19 deaths for fear.

What if there is MONEY from the #CARESAct?
@Tore_says pulled this info from @KFF. Thanks Tore.

LINK
kff.org/coronavirus-po...



♡ 84       ↻ 1.2K      ♡ 1.4K      ⬆

**Chris Berg** @chrisbergpov · Apr 9        ⌄
MN Dept of Health just released new 2 page guidance for COVID-19 deaths.

@drscottjensen will join me on @povnow tonight to discuss this and more.

health.state.mn.us/people/vitalre...

♡ 16       ↻ 114       ♡ 172       ⬆

**I E T 17** @Inevitable_ET · Apr 8        ⌄
Replying to @chrisbergpov @drscottjensen and @mnhealth
You got Q'd

Q Search Twitter

Log in   Sign up   ⋯

♡ 21    �tↄ 412    ♡ 1.6K    ⬆

**Donna Fasa** @pro_aktv · Apr 8    ⌄
If you want to understand what's happened to us with coronavirus, look at these videos.

Dr. Andrew Kaufman
youtu.be/KGGd7-vvd9Y

Dr. Thomas Cowan
youtu.be/sNz61d5ZEWY

H/T to BlueSky - Thank You

BIO WARFARE / VACCINE EXPERT EXPLAINS THE ORI...
#coronavirus #hiv #bioweapons #Horowitz #vaccine
#Kissinger Please Subscribe/ Share Dr. Leonard ...
⧉ youtube.com

♡ 3    �tↄ 64    ♡ 70    ⬆

2 more replies

**Praying Medic** @prayingmedic · Apr 8    ⌄
Replying to @chrisbergpov @drscottjensen and @mnhealth
#InItTogether



♡ 37    �tↄ 631    ♡ 2.4K    ⬆

**ARKYinOK** @Jack8er9 · Apr 8    ⌄
Till the end.

♡    �tↄ 1    ♡ 2    ⬆

**Carrie America** @carrieksada · Apr 8    ⌄
Replying to @chrisbergpov @drscottjensen and @mnhealth
You've been Q'd Chris!
#WWG1WGA

♡ 2    �tↄ 69    ♡ 260    ⬆


Search Twitter
Log in    Sign up    •••

**From:** ██████████████████████

**Sent:** Sunday, May 10, 2020 4:40 PM

**To:** MN_HLB_Medical Board <Medical.Board@state.mn.us>

**Subject:** Dr Scott Jensen & Carver County Senator

**This message may be from an external email source.**
Do not select links or open attachments unless verified. Report all suspicious emails to Minnesota IT Services Security Operations Center.

I would like to report a physician who is giving reckless advice over social media  https://twitter.com/drscottjensen/status/1256092944546902021?s=19

He's also been caught golfing during a board meeting https://www.dfl.org/media/senator-jensen-caught-golfing-during-zoom-committee-hearing/

Someone should really be looking into the reckless advice he's giving over social media. This is a DOCTOR and therefore should be held to a higher standard.

**From:** ██████████████████████████

**Sent:** Wednesday, May 13, 2020 9:28 AM

**To:** Van Etta-Olson, Kathryn (HLB) <Kathryn.VanEtta-Olson@state.mn.us>

**Subject:** RE: Dr Scott Jensen & Carver County Senator

I would rather file anonymously if that's an option. The person I'm filing a complaint against is a MN Senator and I would really not get involved with anything against him. But that's also the reason why what he's doing is so dangerous. A MD saying COVID-19 is nothing more than the flu.

Thanks and have a great day!

6/18/2020  Scott Jensen on Twitter: "A pessimist sees a lethal epidemic threatening the human race, An optimist sees just one more challenge for an…

CASE 0:23-cv-01689-JWB-DTS  Doc. 42-1  Filed 04/18/24  Page 12 of 111

Q  Search Twitter

Log in    Sign up    ○○○

**Scott Jensen** ✓ @drscottjensen · May 1                                    ⌄
A pessimist sees a lethal epidemic threatening the human race,

An optimist sees just one more challenge for an ever-expanding immune
capability,

A realist sees a flu-like illness,

A Governor sees the world's biggest existential crisis ever!

There you have it-you decide.

   ♡ 84          ↻ 87           ♡ 221              ⬆

**Replies**

**Thomas M Leventhal** @ThomasLeventhal · May 1                              ⌄
Replying to @drscottjensen
I welcome you to reach out to @MHealthFairview and get credentialed to
come visit the Bethesda COVID cohort hospital. #influenzalikeillnessmyass
@ChomiloMD @muthyala_brian @NateBehrMD

   ♡ 1           ↻ 2           ♡ 30               ⬆

**Northwoods Barbie** @DDReadsMN · May 1                                     ⌄
Replying to @drscottjensen
CDC estimates that flu has caused 12k – 61k deaths/year since 2010. COVID
deaths are above 61k in just ~6 weeks and still rising daily (and only kept to
that level b/c of near nationwide stay at home orders: would be higher
without), with a second peak anticipated. This isn't flu

   ♡ 1           ↻ 1           ♡ 8                ⬆

**blank** @jncosunchained · May 1                                           ⌄
Replying to @drscottjensen
Ok, what do the @CDCgov, @NIH, @NIAIDNews, and @WHO see re: a "flu-
like illness" that killed at least 60k Americans in a MONTH? You're low-key
making an argument to abolish private practice MDs. Disclose your conflict
of interest ($) to keep your clinic open! No credibility. Sad.

   ♡            ↻            ♡ 7                ⬆

View more replies

**More Tweets**

**Paul Gazelka** ✓ @paulgazelka · Jun 17                                     ⌄
Defund and disband Minneapolis City Hall leadership | Star Tribune.  Norm
knows what he is talking about.

OPINION EXCHANGE | Defund and disband Minneapolis City Hall leader...
Minneapolis police need reform but the city's leaders have, for years,
failed to manage the department for which they are responsible.
🔗 startribune.com

   ♡ 39          ↻ 77           ♡ 274              ⬆

**Paul Gazelka** ✓ @paulgazelka · Jun 16                                     ⌄
What a surprise.

   **Tom Hauser** ✓ @thauserkstp · Jun 16
   UPDATE: Six days after a statue of Christopher Columbus on the MN State
   Capitol grounds was torn down by protesters...and 5 days after the
   governor said those responsible would be held "accountable," no charges
   have been filed. The entire crime was documented by many cameras.
   Show this thread

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Scott Jensen** ✓            Follow
@drscottjensen
Dad, husband, long-time family
physician, and Minnesota State
Senator for Carver County.

**What's happening**

US news · LIVE
**US protests: The latest updates
on demonstrations across the
country**

#TheLastofUsPartII
The wait is almost over
▶ Promoted by PlayStation

COVID-19 · LIVE
**COVID-19: Updates for the US**

Trending in United States                    ⌄
**Raven Symone**

Trending in United States                    ⌄
**Shotgun**
60.5K Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.

6/18/2020    Scott Jensen on Twitter: "A pessimist sees a lethal epidemic threatening the human race. An optimist sees just one more challenge for an…

CASE 0:23-cv-01689-JWB-DTS Doc. 42-1 Filed 04/18/24 Page 13 of 111

Q Search Twitter



Log in    Sign up

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

♡ 70    ⭢ 61    ♡ 192    ⬆

**Matt Little** @LittleSenator · Jun 16
No.

---

**Relevant people**

**Scott Jensen** ✔    Follow
@drscottjensen
Dad, husband, long-time family
physician, and Minnesota State
Senator for Carver County.

**Nickster** @Nickste54309207 · Jun 16
Replying to @LittleSenator
Stfu

♡ 2    ⭢ 1    ♡ 179    ⬆

**Matt Klein** @MattKleinSD52 · Jun 17
Tonight was an inspired floor session. Our POCI caucus worked for 12 hours,
offering amendments which would have genuinely and responsibly
transformed our approach to public safety and racial justice. They were
denied, but we could hear truth on their side, inexorable as the tide

♡ 4    ⭢ 26    ♡ 157    ⬆

---

## What's happening

US news · LIVE
**US protests: The latest updates
on demonstrations across the
country**

#TheLastofUsPartII
The wait is almost over
🎮 Promoted by PlayStation

COVID-19 · LIVE
**COVID-19: Updates for the US**

**Matt Little** @LittleSenator · Jun 16
I'm going to guess you don't live in Lakeville. But if you do, your attendance
is no longer required.

**Minoan** @Minoan53895172 · Jun 16
Replying to @LittleSenator
You idiot. Lakeville has had only one generation of POC MAX. Dont
pretend like MN has a long history of inequalities because we don't.

♡ 2    ⭢ 3    ♡ 142    ⬆

---

Trending in United States
**Raven Symone**

Trending in United States
**Shotgun**
60.5K Tweets

Show more

**Brian Bakst** @Stowydad · 21h
Always love the #mnleg "If you are watching at home..." invitation.

I'm pretty sure I'm one of the few people watching at home.

Well, @toreyvanoot and @garyncarlson are too.

♡ 7    ⭢ 1    ♡ 70    ⬆

Terms Privacy policy Cookies Ads info More ⌄
© 2020 Twitter, Inc.

**Paul Gazelka** ✔ @paulgazelka · Jun 16
Hopefully Senate and House Democrats will support this position. President
Trump also supports this ban.

**Minnesota Senate Republicans** ✔ @mnsrc · Jun 16
Next bill up in the Senate bans the use of chokeholds - will Senate
Democrats also vote against this common sense measure? #mnleg

♡ 26    ⭢ 21    ♡ 50    ⬆

**Melissa H Wiklund** @mhwiklund · Jun 17
Thank you, @TorresRayMN for offering the amendment to SF 7. Especially
the provisions to support eliminating pre-school suspensions and also in
addressing school lunch shaming. These are policy changes we should have
addressed in regular session. Let us vote! #mnleg

♡    ⭢ 11    ♡ 30    ⬆

**Paul Gazelka** ✔ @paulgazelka · Jun 16
. #mnleg

**Minnesota Senate Republicans** ✔ @mnsrc · Jun 16
Wow. Senate DFL just voted against a Walz/POCI caucus agenda item.
Word for word from @GovTimWalz press release and HF 92. How do they
explain this? #mnleg

mn.gov/governor/news/...

CASE 0:23-cv-01689-JWB-DTS   Doc. 42-1   Filed 04/18/24   Page 14 of 111

Q  Search Twitter

Log in    Sign up    •••

**Scott Jensen** ✓ @drscottjensen · Jun 16

Former President Ronald Reagan highlighted the need for just and fair government, limited in scope, unifying in nature, and committed to equality for all. #mnleg

♡ 4        ↻ 8        ♡ 22        ↟

**Minnesota Senate Republicans** ✓ @mnsrc · 36m

Weak sauce? We introduced seven different law enforcement accountability measures and added two more from DFL amendments on the floor. #mnleg

♡ 13       ↻ 11       ♡ 19       ↟

**Melisa López Franzen** ✓ @MelisaFranzen · 1h

#DACA is upheld 5-4 by SCOTUS! #HomeIsHere!

800,000 DREAMers can stay in America, a country they have always called home.

This issue is personal to me and the many Latinx that call the U.S. home. The attacks on Latinx by Trump will not be lost on us as this fight continues.

> **ACLU** ✓ @ACLU · 2h
> VICTORY: The Supreme Court ruled that DACA recipients can continue to live and work in the United States without the daily fear of deportation.
> Show this thread

♡ 2        ↻ 2        ♡ 14       ↟

Show this thread

**Minnesota Senate Republicans** ✓ @mnsrc · 20h

Senator @JulieRosenMN: "House Democrats and Gov. Walz should be ashamed for turning their backs on Minnesota's counties, cities, and townships." #mnleg

---

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**Relevant people**

**Scott Jensen** ✓    Follow
@drscottjensen
Dad, husband, long-time family physician, and Minnesota State Senator for Carver County.

**What's happening**

US news · LIVE
**US protests: The latest updates on demonstrations across the country**

#TheLastofUsPartII
The wait is almost over
▶ Promoted by PlayStation

COVID-19 · LIVE
**COVID-19: Updates for the US**

Trending in United States
**Raven Symone**

Trending in United States
**Shotgun**
60.5K Tweets

Show more

Terms  Privacy policy  Cookies  Ads info  More ⌄
© 2020 Twitter, Inc.

6/18/2020    Scott Jensen on Twitter: "A great mist when a initial epidemic threatening the human race. An optimist sees just one more challenge for an...

CASE 0:23-cv-01089-JWB-DTS    Doc. 42-1    Filed 04/18/24    Page 15 of 111





Our Party　Get Involved　Resources　Media　　Q　CONTRIBUTE　SHOP

May 1, 2020　Media

# Senator Jensen Caught Golfing During Zoom Committee Hearing

Yesterday, Republican Senator Scott Jensen was seen golfing during a hearing of the Senate Health and Human Services Committee, which Jensen serves as the Vice Chair of.

### The Evidence of Jensen Golfing During a Committee Hearing

The video of the full committee hearing can be found here. Some key moments from the hearing are:

- 5:39 – Jensen is seen driving at the beginning of the meeting
- 17:49, 19:01 – The sound of golf is clearly audible
- 18:13 – Jensen is visible outdoors and someone can be seen with golf clubs behind him, despite Jensen's efforts to obscure this by holding his camera close to his face
- 38:14 – A conversation, presumably between Jensen's golf buddies, is clearly audible during the committee hearing
- 50:44, 56:30 – Jensen is clearly sitting in a golf cart.
- 50:55 – Jensen's golf cart gets so loud that it disrupts the meeting and folks are asked to mute microphones.
- 51:10 – Senator Hayden jumps in to "ask Senator Jensen how's he hitting them out there?"

### What Senator Jensen Missed at the Hearing

One of the items under consideration at the committee hearing Jensen couldn't be bothered to pay attention to was an amendment to allow telemedicine providers to prescribe medication for those with substance use disorder during the COVID-19 pandemic.

### Jensen's History as a COVID-19 Conspiracy Theorist

Senator Jensen has been an extremely prominent voice casting doubt on the death toll of the COVID-19, appearing on the Ingraham angle twice and fueling conspiracy theories all across the internet. Jensen's claims on the COVID-19 death toll have been labeled false by numerous fact-checkers.

Recently, Jensen appeared on a web show hosted by Del Bigtree, a noted anti-vaccination conspiracy theorist who has advised healthy people to avoid any eventual COVID-19 vaccine. Jensen has also shared a widely debunked video featuring two California urgent care doctors who cast doubt on the seriousness of COVID-19 and recommend ending Stay at Home Orders immediately.

Ken Martin, Chairman of the Minnesota Democratic-Farmer-Labor Party released the following statement:



SHARE

"Senator Jensen owes an apology to the people of Minnesota for golfing while a committee he's on considered ways to help Minnesotans with substance use disorder continue treatment during this pandemic. The fact that Jensen cannot be bothered to do his job is an insult to those Minnesotans who have lost work and who are suffering due to the outbreak of COVID-19.

"Senator Jensen's absurd golf outing and conspiracy mongering make it clear that he's unwilling to take this global pandemic seriously. This pandemic has both asked and taken much from Minnesotans across our state, and the least Senator Jensen can do to honor those sacrifices is stop golfing during work, stop spreading disinformation, and start helping the people he's supposed to represent."

‹ Back to News

‹ Previous Post

**DFL Party Responds to Daudt's Promise to Block Bonding Bill**

May 2, 2020

Next Post ›

**DFL Party Responds to Pence's Refusal to Wear a Mask to Mayo Clinic**

April 28, 2020



SHARE

## Sign Up For Updates

| First Name | Last Name |
| --- | --- |

| Your Email |
| --- |

| Zip Code |
| --- |

SIGN UP

### Get Involved with the DFL

Get involved with your local DFL unit.

LEARN MORE



**Get Involved　Contribute**

**OUR PARTY**

Our Candidates

Elected Officials

Local Party Units

Caucuses

State Committee

**GET INVOLVED**

Vote

Volunteer

Employment

Events

**RESOURCES**

Accommodations

Staff Directory

© 2020 Minnesota Democratic-Farmer-Labor Party

255 East Plato Blvd. St. Paul, MN 55107
651-293-1200 | 1-800-999-7457

Privacy Policy

f  y  ©  ▶

Select Language | ▼

Paid for by Minnesota Democratic-Farmer-Labor Party

SHARE

*EXHIBIT 3*

**PERSONAL AND CONFIDENTIAL**

September 1, 2020

Scott M. Jensen, M.D.
9375 Pierson Lake Drive
Chaska, MN  55318

RE:     Notice of Complaint Regarding COVID-19
        Board File No: BFA07200078

Dear Dr. Jensen:

Pursuant to Minn. Stat. § 214.103, the Board is required to notify licensees regarding all complaints and reports wherein violations of the Medical Practice Act are alleged, including but not limited to Minn. Stat. § 147.091, subd. 1(g) and (k). Therefore, please accept this as notice that the Board has received a complaint alleging that you "[continue] to mislead" and "lie" to the public about COVID-19.

The complaint includes the following specific allegations:

- *On July 20 and 21, 2020, you posted Facebook videos that contain false and misleading information and conclusions;*
- *You falsely compare and minimize the difference between the 2009 H1N1 pandemic and COVID-19;*
- *You are a "danger to public health."*

If you would like to submit a written response regarding the above-referenced allegations and any supporting materials, please do so by **September 21, 2020**. Please include the board file number listed above on all correspondence.

Once all of the information has been gathered, the matter will be reviewed by the Board's Complaint Review Committee. This Committee consists of three members of the Board, including two physicians and one public member. The Complaint Review Committee may decide to dismiss the complaint, request further information, or request that you appear before the Committee to discuss the matter in person.

Please note that these are allegations only. The Board makes no assumptions regarding the truth of these allegations. Your response and all data collected during this inquiry are confidential and cannot be disclosed to anyone, except other state boards and state agencies.

I must inform you that, as a licensee of the Board, you are required to cooperate fully with the investigation into this matter. Failure to cooperate could result in disciplinary action by the Board.

Thank you for your cooperation. If you have any questions, please feel free to contact me.

PR-2

Page 2

Sincerely,

Brian Anderson
Medical Regulations Analyst
612-548-2141
Brian.Anderson@state.mn.us

*EXHIBIT 4*

# COMPLAINT
# REGISTRATION



MN BOARD OF
JUL 2 3 2020
MEDICAL PRACTICE

## MINNESOTA BOARD OF MEDICAL PRACTICE
2829 UNIVERSITY AVENUE SE, SUITE 500
MINNEAPOLIS, MINNESOTA 55414-3246
(612) 617-2130

---

NOTICE OF RIGHTS UNDER THE MINNESOTA DATA PRIVACY ACT:

I understand that I am not legally required to complete or return this form. It is offered so that the Board may properly and thoroughly evaluate and investigate this complaint and, if necessary, submit this information in any legal proceeding. Recognizing the Board's need to verify and, if necessary, legally pursue this complaint, I authorize the Board, its agents, and/or agents of the Attorney General's Office representing the Board to disclose this information to those whom they reasonably believe have a need to know.

---

YOUR NAME, ADDRESS & TELEPHONE NUMBER

---

NAME OF HEALTH CARE PROFESSIONAL YOU ARE COMPLAINING ABOUT

NAME:
Senator Dr Scott Jensen

STREET ADDRESS:
204 Lewis Ave S.

| CITY: | STATE: | ZIP: | HOME PHONE: | WORK PHONE: |
|---|---|---|---|---|
| Watertown | MN | 55388 | | |

# STATEMENT OF COMPLAINT

Senator Scott Jensen continues to mislead + lie about
COVID-19. He falsely compares + minimizes the
differences between the 2009 H1N1 pandemic
+ COVID-19. He posted Facebook videos on
7-20-20 and 7-21-20 that contain false and
misleading information + conclusions.
He is a danger to public health.

I declare under the penalty of perjury that everything I have
stated is true + correct. Minn. Stat. §358.116

THIS _21_ DAY OF _July_ 20 _20_

_____
SIGNATURE OF NOTARY PUBLIC

_____
SIGNATURE OF COMPLAINANT

_____
MY COMMISSION EXPIRES

_____
DATE

*EXHIBIT 5*

**Anderson, Brian (HLB)**

| | |
|---|---|
| **From:** | Anderson, Brian (HLB) |
| **Sent:** | Wednesday, October 28, 2020 10:52 AM |
| **To:** | Scott Jensen |
| **Subject:** | RE: do you need any additional materials from me? |
| **Attachments:** | Dismissal Notice - Dr. Jensen.pdf |

Good Morning Dr. Jensen,

The Board's Complaint Review Committee dismissed the complaint on October 22, 2020. A hard copy of the attached dismissal notice has also been placed in the mail. Thank you for your cooperation and patience.

Sincerely,

**Brian F. Anderson**
Medical Regulations Analyst

**Minnesota Board of Medical Practice**
2829 University Avenue SE, Suite 500
Minneapolis, MN  55414
Direct: 612-548-2141
Fax:  612 617-2166
mn.gov/boards/medical-practice



  

---

**From:** Scott Jensen <smj2203@gmail.com>
**Sent:** Wednesday, October 21, 2020 11:54 AM
**To:** Anderson, Brian (HLB) <Brian.Anderson@state.mn.us>
**Subject:** do you need any additional materials from me?

> **This message may be from an external email source.**
> Do not select links or open attachments unless verified. Report all suspicious emails to Minnesota IT Services Security Operations Center.

---

brian, it has been six weeks since I responded to the MN Board of Medical Practice investigation regarding complaint # BFA07200078.
Is there anything else you need from me?

I am compelled to share with you that this anonymous complaint accusing me of being a "danger to public health" has an ongoing chilling and suppressing effect on my ability to candidly and honestly share my perspectives and thoughts with patients and constituents.

I appreciate the efforts you and the board  put forth, and I understand the importance of the board's mission.

Any information regarding timeline would be appreciated.

Respectfully requested,
Scott Jensen, MD

--
"Courage is not bravery without fear; courage is bravery with fear." -Relationship Matters, p.218

-Scott Jensen

*EXHIBIT 6*

 **MINNESOTA**
**BOARD OF MEDICAL PRACTICE**

## PERSONAL AND CONFIDENTIAL

April 1, 2021

Scott M. Jensen, M.D.
9375 Pierson Lake  Drive
Chaska, MN  55318

RE: Notice of Board Complaint
Board File No:  BFA01210500

Dear Dr. Jensen:

According to Minnesota law, the Board is required to notify all licensees of complaints and reports
wherein violations of the Medical Practice Act are alleged, including but not limited to Minn. Stat. §
147.091, subd. 1(g) and (k).

Please accept this as notice that, in January 2021, the Board received a complaint alleging that you are
"very publicly minimizing and "deliberately downplaying" COVID-19 deaths. The complaint included
several social media posts purportedly made from your Twitter account since October 2020.

The complaint was reviewed by the Board's Complaint Review Committee on March 25, 2021. After a
thorough review of both the Medical Practice Act and the facts of the situation, the Board has decided to
dismiss the complaint. The matter is now closed.

Please note that this complaint is not public; however, it will remain on file.

If you have any questions, please feel free to contact me.

Sincerely,

Brian Anderson
Medical Regulations Analyst
612-548-2141
Brian.Anderson@state.mn.us



# MINNESOTA
## BOARD OF MEDICAL PRACTICE

### PERSONAL AND CONFIDENTIAL

April 1, 2021



RE: Complaint filed against:

| Respondent | Board File No |
|---|---|
| Dr. Scott M. Jensen | BFA01210500 |

Dear

As you may recall from previous correspondence, the Board of Medical Practice is authorized by the Minnesota Medical Practice Act to investigate complaints to determine whether there is a basis to take action against a physician's medical license.

When the Board receives a complaint, an investigation is conducted to establish the facts of the case and to determine whether the facts support any formal disciplinary or corrective action by the Board. The complaint you filed has been submitted to such a review through the following investigative process:

- *The complaint, a written response provided by the Respondent, and all available records were reviewed by the Board's Complaint Review Committee, comprised of two physician Board members and one public Board member.*

Upon completion of the above process, the Complaint Review Committee concluded that the facts of the case did not provide a sufficient basis for the Board to take disciplinary or corrective action against the Respondent's medical license. Our file is, therefore, closed. However, your complaint will remain on file as a permanent record and may be reopened if the Board receives similar complaints against the above-captioned licensee.

Thank you for contacting the Board and for bringing this matter to our attention. Please feel free to contact me if you have any questions.

Sincerely,

Brian Anderson
Medical Regulations Analyst
612-548-2141
Brian.Anderson@state.mn.us

C-1

University Park Plaza ■ 2829 University Avenue SE Suite 500 ■ Minneapolis, MN 55414-3246
Telephone (612) 617-2130 ■ Fax (612) 617-2166 ■ www.bmp.state.mn.us
MN Relay Service for Hearing Impaired (800) 627-3529
AN EQUAL OPPORTUNITY EMPLOYER

*EXHIBIT 7*



# MINNESOTA
## BOARD OF MEDICAL PRACTICE

**PERSONAL AND CONFIDENTIAL**

August 3, 2021

Scott M. Jensen, M.D.
9375 Pierson Lake Drive
Chaska, MN 55318

RE: Complaint Regarding Petition for Temporary Restraining Order Filed in U.S. District Court
   Board File No.: BFA06210913

Dear Dr. Jensen:

The Board has received a complaint regarding a petition for temporary restraining order ("TRO") filed by you, America's Frontline Doctors, and other plaintiffs in the U.S. District Court for the Northern District of Alabama on May 20, 2021. The TRO was reportedly filed against the emergency use authorization permitting the use of COVID-19 vaccines in children under the age of 16.

According to the complaint, the TRO falsely claimed that children under the age of 16 "are at 0% risk of death, and that [children] are not at risk of harm from COVID-19." The complaint further alleged that your "attempt to use the legal system to not allow any children in the U.S. to receive this vaccination during the pandemic…is a gross breach of professional conduct and will lead to measurable harm."

According to state law, the Board is required to make inquiries into all complaints and reports wherein violations of the Medical Practice Act are alleged, including but not limited to Minn. Stat. § 147.091, subd. 1(g)

To help resolve this matter, please respond to the Board, in writing, with the following information by **August 27, 2021:**

* *A description of your current practice situation;*
* *The current status of the TRO and/or the U.S. District Court's ruling on the matter; and*
* *Any additional information that you would like the Board to consider in its review of this matter.*

**With your response, please include a copy of the TRO and any relevant decisions filed by the U.S. District Court.** You may provide this information via U.S. Mail, fax, or email.

Once all of the information has been gathered, the matter will be reviewed by the Board's Complaint Review Committee. This Committee is made up of three members of the Board, including two physicians and one public member. The Complaint Review Committee may decide to dismiss the complaint, request further information, or request that you appear to discuss the matter in person.

Page 2

Please note that these are allegations only. The Board has not made any decisions regarding the truth of these allegations. Your response and all data collected during this inquiry are confidential and cannot be disclosed to anyone, except other state boards and state agencies. Please refer to the Board file number listed above in all correspondence.

I must inform you that, as a licensee of the Board, you are required to cooperate fully with the investigation into this matter. Failure to cooperate could result in disciplinary action by the Board.

Thank you for your cooperation. If you have any questions, please feel free to contact me.

Sincerely,

Brian Anderson
Medical Regulations Analyst
612-548-2141
Brian.Anderson@state.mn.us

PR-1S

*EXHIBIT 8*

# COMPLAINT
# REGISTRATION



### MINNESOTA BOARD OF MEDICAL PRACTICE
2829 UNIVERSITY AVENUE SE, SUITE 500
MINNEAPOLIS, MINNESOTA 55414-3246
(612) 617-2130

| NOTICE OF RIGHTS UNDER THE MINNESOTA DATA PRIVACY ACT: |
| --- |
| I understand that I am not legally required to complete or return this form. It is offered so that the Board may properly and thoroughly evaluate and investigate this complaint and, if necessary, submit this information in any legal proceeding. Recognizing the Board's need to verify and, if necessary, legally pursue this complaint, I authorize the Board, its agents, and/or agents of the Attorney General's Office representing the Board to disclose this information to those whom they reasonably believe have a need to know. |

| YOUR NAME, ADDRESS & TELEPHONE NUMBER |
| --- |
| |

## NAME OF HEALTH CARE PROFESSIONAL YOU ARE COMPLAINING ABOUT

NAME:
### Scott Jensen, MD

STREET ADDRESS:
### 9375 Pierson Lake Drive

| CITY: | STATE: | ZIP: | HOME PHONE: | WORK PHONE: |
| --- | --- | --- | --- | --- |
| Chaska | MN | 55318 | unknown | MN |

# STATEMENT OF COMPLAINT

Dr. Jensen has joined a group of physicians under the umbrella of "America's Fro

ntline Doctors" and filed a temporart restraining order in US district court in

Alabama, seeking to immeditaly stop COVID vaccination of anyone under the age of

16. In this filing (https://www.americasfrontlinedoctors.org/legal/tro) he

claims children in this age group are at 0% risk of death, and that they are

"not at risk of harm from COVID-19". In contrast, publically available data

shows that deaths from COVID do occur in this age group (3 in MN, nearly 300 in

the US.  Other harms documented by the MN Department of Health include 493

hospitalizations and 115 ICU admissions among kids under 16. See MDH data:

https://www.health.state.mn.us/diseases/coronavirus/stats/covidweekly2021.pdf.

For Dr. Jensen to attempt to use the legal system to not allow any children in

the US to receive this vaccination during this pandemic, the worst in a century,

is a gross breach of professional conduct and will lead to measurable harm. The

statements in his filing (0% risk of death, not at risk of harm from COVID-19)

are demonstrably false and a competent physician should know this.

I urge the board to take swift action to address this threat to

public health

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 27th     DAY OF May                    20 21

ETHAN F. STORTZ
Notary Public-Minnesota
My Commission Expires Jan 31, 2025

SIGNATURE OF NOTARY PUBLIC

1/31/2025
MY COMMISSION EXPIRES

5/27/2021
DATE

*EXHIBIT 9*

**m** MINNESOTA
BOARD OF MEDICAL PRACTICE

335 Randolph Avenue, Suite 140
St. Paul, MN 55102
612.617.2130 (phone) | 612.617.2166 (fax)
medical.board@state.mn.us | mn.gov/boards/medical-practice

**PERSONAL AND CONFIDENTIAL**

September 30, 2021

Scott M. Jensen, M.D.
9375 Pierson Lake Drive
Chaska, MN 55318

RE: Complaint regarding Petition for TRO Filed in U.S. District Court
Board File No: BFA06210913

Dear Dr. Jensen:

As you will recall from previous contact, the Board of Medical Practice has conducted an investigation of a complaint related to a petition for temporary restraining order filed by America's Frontline Doctors in U.S. District Court in May 2021.

After a thorough review of both the Medical Practice Act and the facts of the situation, including those that you have provided, the Board has decided to dismiss the complaint and close its investigation at this time. However, the investigation may be re-opened in the future if the Board receives information that was not previously considered during the initial investigation of the complaint, or if the Board receives similar complaints or reports regarding your practice of medicine. This complaint is not public, but will remain on file.

Thank you for your cooperation in this matter. If you have any questions, please feel free to contact me.

Sincerely,

Brian Anderson
Medical Regulations Analyst
612-548-2141
Brian.Anderson@state.mn.us

*EXHIBIT 10*

# MINNESOTA
## BOARD OF MEDICAL PRACTICE

**PERSONAL AND CONFIDENTIAL**

October 21, 2021

Scott M. Jensen, M.D.
9375 Pierson Lake Drive
Chaska, MN  55318

**RE:**   **Notice of Board Complaints**

   **Board File Nos:**
   BFA09210186, BFA10210192, BFA10210193, BFA10210197, BFA10210223, BFA10210224,
   BFA10210225, BFA10210226, BFA10210227, BFA10210228;

Dear Dr. Jensen:

Between September 14 and October 4, 2021, the Board received multiple complaints against your license related to concerns about the COVID-19 pandemic. In accordance with Minnesota law, the Board is required to notify a licensee of all complaints and reports wherein violations of the Medical Practice Act are alleged, including but not limited to Minn. Stat. § 147.091, subd. 1(g) and (k).

The complaint allegations are summarized as follows:

- *It is alleged that you are using your position as a medical provider to spread misinformation regarding the COVID-19 pandemic, including "calling for civil disobedience" among Minnesotans and businesses to ignore vaccine and mask guidance";*
- *It is alleged that you are not vaccinated and are putting patients at risk by not wearing masks in the patient care setting, and you are inappropriately recommending against children wearing masks in schools;*
- *It is alleged that you are inappropriately "politicizing public health" at your campaign events. Specifically, during a public speech on September 20, 2021, you reportedly stated, "We have 19 years of data that says masks don't do the job...They have a 10% filtration rate." Additionally, you reportedly compared the vaccines to "chemotherapy for cancer";*
- *It is alleged that you are telling your "followers" that hospitals and doctors are falsifying death certificates and changing the cause of death to COVID-19;*
- *It is alleged that you are inappropriately promoting the use of ivermectin to treat COVID-19 symptoms; and*
- *It is alleged that you are inappropriately promoting the benefits of natural immunity and over vaccines;*

Please accept this as notice that the above-referenced complaints will be reviewed by the Board's Complaint Review Committee. This Committee is made up of three members of the Board, including two

335 Randolph Avenue, Suite 140  ■  Saint Paul, MN 55102
Telephone (612) 617-2130  ■  Fax (612) 617-2166  ■  www.bmp.state.mn.us
MN Relay Service for Hearing Impaired (800) 627-3529
AN EQUAL OPPORTUNITY EMPLOYER

PR-2

Page 2

physicians and one public member. The Complaint Review Committee may decide to dismiss the complaints, request further information, or request that you appear to discuss the matter in person.

If you would like to submit a written response for the Committee's review, please submit your response and any supporting materials by **November 12, 2021**.

Please note that these are allegations only. The Board makes no assumptions regarding the truth of these allegations. Your response and all data collected during this inquiry are confidential and cannot be disclosed to anyone, except other state boards and state agencies.

I must inform you that, as a licensee of the Board, you are required to cooperate fully with the investigation into this matter. Failure to cooperate could result in disciplinary action by the Board.

Thank you for your cooperation. If you have any questions, please feel free to contact me.

Sincerely,

Brian Anderson
Medical Regulations Analyst
612-548-2141
Brian.Anderson@state.mn.us

PR-2

*EXHIBIT 11*

# COMPLAINT
# REGISTRATION



## MINNESOTA BOARD OF MEDICAL PRACTICE
2829 UNIVERSITY AVENUE SE, SUITE 500
MINNEAPOLIS, MINNESOTA 55414-3246
(612) 617-2130

---

**NOTICE OF RIGHTS UNDER THE MINNESOTA DATA PRIVACY ACT:**

I understand that I am not legally required to complete or return this form. It is offered so that the Board may properly and thoroughly evaluate and investigate this complaint and, if necessary, submit this information in any legal proceeding. Recognizing the Board's need to verify and, if necessary, legally pursue this complaint, I authorize the Board, its agents, and/or agents of the Attorney General's Office representing the Board to disclose this information to those whom they reasonably believe have a need to know.

---

### YOUR NAME, ADDRESS & TELEPHONE NUMBER

---

### NAME OF HEALTH CARE PROFESSIONAL YOU ARE COMPLAINING ABOUT

NAME:
**Dr. Scott Jensen**

STREET ADDRESS:
**204 Lewis Ave S.**

| CITY: | STATE: | ZIP: | HOME PHONE: | WORK PHONE: |
|---|---|---|---|---|
| Watertown | MN | 55388 | 952-955-1963 | MN |

# STATEMENT OF COMPLAINT

Please see attached letter - Thank you!

SUBSCRIBED AND SWORN TO BEFORE ME

THIS ___8th___ DAY OF ___September___ 20 _21_

_____
SIGNATURE OF NOTARY PUBLIC

_____
MY COMMISSION EXPIRES

___9/8/21___
DATE

I-2

MN Board of Medical Practice
335 Randolph Avenue
Suite 140
St. Paul, MN 55102

September 9, 2021

Regarding:

Dr. Scott Jensen
204 Lewis Ave. S.
Watertown, MN 55388

To whom it may concern:

My name is          and I am a Nurse Practitioner with a focus in diabetes. People with
diabetes have a greater risk of complications from COVID-19 and it is imperative that they
receive the vaccine and take all necessary precautions during the pandemic. The
misinformation or misleading information that is at their fingertips is extremely
detrimental to their health.

This is a formal complaint regarding Dr. Scott Jensen and the misinformation that he is
promoting regarding the COVID-19 pandemic and the vaccine. He is not wearing masks
when practicing medicine or at the State Fair where he met with hundreds of Minnesotans.
He promotes children not needing to wear masks in school. He is telling his followers that
hospitals and doctors are falsifying death certificates and changing their cause of death to
COVID-19 for their benefit. He is sharing articles from bias news sites with titles such as
"Who's really being hospitalized?" He essentially promoted Joe Rogan using Ivermectin and
he is promoting natural immunity over the Pzifer vaccine. None of these actions or claims
are factual and he is spreading this on multiple social media accounts. He has Facebook,
Twitter, Instagram, a youtube channel and he is on TikTok.

The website for the Catalyst Medical Clinic says that he is the President of the Catalyst
Medical Clinic in Watertown, MN and a present staff physician for Ridgeview Medical
Center in Waconia. It also lists him as a clinical associate professor at the University of MN
Family Practice department and he is currently running for MN governor.

This amount of authority and impact should be used for the greater good. In the Hippocratic oath, a physician pledges to prescribe only beneficial treatments, to refrain from causing harm or hurt, and to live an exemplary personal and professional life.

Dr. Scott Jensen has made it abundantly clear that he does not support following evidenced based medicine as it pertains to the COVID-19 pandemic. In fact, he is promoting efforts that will only make this pandemic worse – therefore causing immense harm and hurt to MN residents. The vaccine is extremely safe and effective, and his misinformation is causing people to refuse the vaccine and refuse to wear masks.

As he is running for MN Governor, he now has a far-reaching platform beyond his exam rooms. I believe the MN board of Medical Practice needs to investigate and discipline this individual as soon as possible to reduce the potential harm and hurt he will cause to our state. Please review his facebook page where he has 365,000 followers that are subject to his daily multiple posts of misinformation.

One of the more frustrating parts of the COVID-19 pandemic has been the mistrust patients have in our medical advice and it is people like Dr. Scott Jensen that are fueling this massive issue. He is no longer abiding by the Hippocratic oath and there should be consequences for these damaging actions.


Sincerely,



*EXHIBIT 12*



Sept. 11, 2021

Minnesota Board of Medical Practice
335 Randolph Ave.
Suite 140
St. Paul, MN. 55102

Gentlemen/Ladies:

I write to you as a retired Minnesota Physician.

I read the following in today's Star Tribune: "Republican gubernatorial candidate Scott Jensen is calling for 'civil disobedience' among Minnesotans and businesses in the state, asking them to ignore vaccine and mask guidance intended to stem the spread of COVID-19. Jensen, a Chaska family physician and former state senator, released a YouTube video Friday announcing that he was drafting language for a proposed bill to make Minnesota a 'health freedom sanctuary state' after President Joe Biden said he would use his executive powers to sidestep GOP governors resisting his call for new federal vaccine requirements."

The Web Site for the Minnesota Board of Medical Practice states "Our Mission is to protect the public's health and safety by assuring that the people who practice medicine or as an allied health professional are competent, ethical practitioners with the necessary knowledge and skills appropriate to their title and role".

I would suggest that Dr. Jensen's activities would call into question his position as a competent, ethical practitioner with the necessary knowledge and skills appropriate to his title and role. I would think that you, as a board, would look into rescinding his license to practice medicine in Minnesota.

Respectfully,



*EXHIBIT 13*




September 16, 2021

Minnesota Board of Medical Practice

2829 University Avenue S.E.

Minneapolis, Minnesota 55414

Re: "Doctor" Scott Jensen

Dear Board of Medical Practice,

I write to express grave concern about a licensed physician here in Minnesota who is calling for civil disobedience regarding the use of masks and who questions the efficacy of vaccinations rather that following scientifically proven methods for dealing with the outbreak of a deadly pandemic. This is prima facie evidence of his incompetence and unsuitability as a physician. He took the Hippocratic oath to do no harm and he is violating it every day. He's been kicked off social media for spreading lies and misinformation.

Are the requirements to be a physician so loose and so lacking in rigor as to allow a quack doctor like Scott Jensen to practice in Minnesota? It would seem to me that if he's licensed, I should be licensed with my major in political science. If I send a dime along with the box top from my Captain Crunch can I get a medical license in Minnesota too?

I hope you are considering some kind action that would communicate to the people of Minnesota that you have a much higher standard of practice than is being displayed by Jensen. He's a disgrace and he is harming your reputation and that of the profession.

Sincerely 

*EXHIBIT 14*

# COMPLAINT
# REGISTRATION



## MINNESOTA BOARD OF MEDICAL PRACTICE
335 RANDOLPH AVENUE, SUITE 140
ST. PAUL, MINNESOTA 55102
(612) 617-2130

NOTICE OF RIGHTS UNDER THE MINNESOTA DATA PRIVACY ACT:

I understand that I am not legally required to complete or return this form. It is offered so that the Board may properly and thoroughly evaluate and investigate this complaint and, if necessary, submit this information in any legal proceeding. Recognizing the Board's need to verify and, if necessary, legally pursue this complaint, I authorize the Board, its agents, and/or agents of the Attorney General's Office representing the Board to disclose this information to those whom they reasonably believe have a need to know.

YOUR NAME, ADDRESS & TELEPHONE NUMBER

NAME OF HEALTH CARE PROFESSIONAL YOU ARE COMPLAINING ABOUT

NAME:
Scott Jensen

STREET ADDRESS:
204 Lewis Ave S Suite 201

| CITY: | STATE: | ZIP: | HOME PHONE: | WORK PHONE: |
|-------|--------|------|-------------|-------------|
| Watertown | MN | 55388 | 952-955-1963 | MN |

## STATEMENT OF COMPLAINT

Scott Jensen spoke at an event in my city on September 20, 2021, which was covered in the local newspaper.

https://www.nujournal.com/news/local-news/2021/09/21/jensen-draws-a-crowd/

At this event, per the newspaper coverage, Dr. Jensen made statements that appear to violate the Minnesota Medical Practice Act. Section 1478.091:

g) Engaging in any unethical or improper conduct, including but not limited to: (1) conduct likely to deceive or defraud the public; (2) conduct likely to harm the public and (k) Conduct that departs from or fails to conform to the minimal standards of acceptable and prevailing medical practice in which case proof of actual injury need not be established. Dr. Jensen made several dubious statements that appear to be prohibited and thus grounds for disciplinary action. "We have 19 years of data that says masks don't do the job... They have 10% filtration efficiency." "A vaccine is not like a penicillin shot. It's a lot more like chemotherapy for cancer". The article also states: "He said said natural immunity is superior to a two-shot vaccine." Dr. Jensen is quite literally politicizing public health by his statements in his campaign events. His actions endanger the public who attended the event and the public reading the newspaper coverage of his statements.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS __22nd__ DAY OF __September__ 20 21



SIGNATURE OF NOTARY PUBLIC

01/31/2025
MY COMMISSION EXPIRES

9/22/21
DATE



DANIELLE ANN AMIRA
Notary Public-Minnesota
My Commission Expires Jan 31, 2025

I-2

*EXHIBIT 15*

# COMPLAINT
# REGISTRATION



## MINNESOTA BOARD OF MEDICAL PRACTICE
335 RANDOLPH AVENUE, SUITE 140
ST. PAUL, MINNESOTA 55102
(612) 617-2130

---

NOTICE OF RIGHTS UNDER THE MINNESOTA DATA PRIVACY ACT:

I understand that I am not legally required to complete or return this form. It is offered so that the Board may properly and thoroughly evaluate and investigate this complaint and, if necessary, submit this information in any legal proceeding. Recognizing the Board's need to verify and, if necessary, legally pursue this complaint, I authorize the Board, its agents, and/or agents of the Attorney General's Office representing the Board to disclose this information to those whom they reasonably believe have a need to know.

---

YOUR NAME, ADDRESS & TELEPHONE NUMBER



---

NAME OF HEALTH CARE PROFESSIONAL YOU ARE COMPLAINING ABOUT

NAME:
## Dr. Scott Jensen

STREET ADDRESS:
## 204 Lewis Ave S. Ste 102

| CITY: | STATE: | ZIP: | HOME PHONE: | WORK PHONE: |
|---|---|---|---|---|
| Watertown | MN | 55388 | 9529551963 | MN |

## STATEMENT OF COMPLAINT

See attached documentation regarding Dr. Jensen's claims regarding COVID-19 which is contrary to CDC and MDH information and guidance. I'm concerned Dr. Jensen is risking the health of the public by making these claims with his "Dr." designation.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS __21st__ DAY OF __September__ 20 __21__

_Renee Schunk_
SIGNATURE OF NOTARY PUBLIC

__01/31/2026__
MY COMMISSION EXPIRES

__9-21-21__
DATE

RENEE LOUISE SCHUNK
Notary Public
Minnesota
My Commission Expires
Jan 31, 2026

I-2

PAGE 2 OF 2

# The Journal

## Jensen draws a crowd



Staff photo by Fritz Busch Sleepy Eye native Dr. Scott Jensen of Chaska talks at a meet-and-greet at Booth Welding & Fabricating in New Ulm Monday. He said he's running for governor because Minnesota can't be healed by typical politicians.

NEW ULM — A woman with a We the People 507 button and bright red *in Dr. Fauci"* was among more

than 100 people at Dr. Scott Jensen's meet-and-greet at Booth Welding & Fabricating Monday.

A 1973 Sleepy Eye High School graduate with an undergraduate degree in physiology, he attended Luther Theological Seminary before earning a University of Minnesota medical degree, Jensen was named the 2016 Minnesota Family Physician of the Year by the Minnesota Academy of Family Physicians.

Elected to the Minnesota Senate in 2016, Jensen said he's running for governor in 2022 because Minnesota can't be healed by typical politicians.

In February 2020, he put forth a bill to create a new commission to probe drug price increases.

*"In the Legislature, I worked across the aisle. I talked of how important it is to license pharmacy benefit managers,"* Jensen said. *"They're controlling our lives far more than we realize. We have to say enough."*

The event was hosted by We the People 507, a citizens group from New Ulm and surrounding communities who say their goal is make positive changes statewide and locally, while resisting changes that would affect rights contained and guaranteed by the U.S. Constitution.

Attendees recited the U.S. Pledge of Allegiance before Jensen spoke.

*"Healthcare is best when it centers around a patient,"* Jensen said. *"We're here today because you've got to be the champion of your health... You can choose if you get a flu or shingles shot."*

Jensen said in 2017, he was "annoyed as all get-out when Blue Cross/Blue Shield health insurance wouldn't take care of all 87 Minnesota counties.

He cast doubt on the effectiveness of wearing masks.

*"We have 19 years of data that says masks don't do the job... They have 10% filtration efficiency,"* Jensen said.

*"Lockdowns? You don't really know if your business is safe,"* he added.

*"Vaccines? I don't think people should be fined for standing up for their core convictions. A vaccine is not like a penicillin shot. It's a lot more like chemotherapy for cancer,"* Jensen said.

He said natural immunity is superior to a two-shot vaccine.

Some of his other campaign planks include no mask mandate for school kids, no vaccine passports, no vaccine mandate in the private sector or emergency lockdowns that don't work.

*"We need to follow President [Donald] Trump's model,"* Jensen said. *"His legacy will be policy. He reduced rules and regulations and put good judges in place. He went after NATO and NAFTA and trail-blazed issues. That's what we'll do. But we'll do something different and engage groups that weren't before."*

On another note, he also said catch and release may work for walleyes, but

0 articles remaining...

*"I want to make it easy to vote, but hard to cheat. And cheaters should spend some time in jail,"* Jensen said.

Jensen also said the DFL party hasn't helped farmers succession planning or E85.

*"We need to let farmers farm, teachers teach and have good paying jobs and a robust economy,"* Jensen said. *"Talk of this and we'll get this done. It isn't about the candidate. It's about values. We need to get back on the right path. As governor, I'll work my tail off so Minnesota heals. We can do this together, creating a groundswell movement, respecting parents and rejecting Critical Race Theory (CRT) and mandates."*

Fritz Busch can be emailed at fbusch@nujournal.com.

## Newsletter

Today's breaking news and more in your inbox

EMAIL ADDRESS

I'm interested in (please check all that apply)

☐ Daily Newsletter          ☐ Breaking News

☐ Obituaries

Are you a paying subscriber to the newspaper?

○ Yes                        ○ No

SUBSCRIBE

*EXHIBIT 16*

# COMPLAINT
# REGISTRATION



## MINNESOTA BOARD OF MEDICAL PRACTICE
### 2829 UNIVERSITY AVENUE SE, SUITE 500
### MINNEAPOLIS, MINNESOTA 55414-3246
### (612) 617-2130

---

**NOTICE OF RIGHTS UNDER THE MINNESOTA DATA PRIVACY ACT:**

I understand that I am not legally required to complete or return this form.  It is offered so that the Board may properly and thoroughly evaluate and investigate this complaint and, if necessary, submit this information in any legal proceeding. Recognizing the Board's need to verify and, if necessary, legally pursue this complaint, I authorize the Board, its agents, and/or agents of the Attorney General's Office representing the Board to disclose this information to those whom they reasonably believe have a need to know.

---

| YOUR NAME, ADDRESS & TELEPHONE NUMBER |
|---|
| |

---

| NAME OF HEALTH CARE PROFESSIONAL YOU ARE COMPLAINING ABOUT |
|---|

NAME:
**Scott M. Jensen**

STREET ADDRESS:
**Catalyst Medical Clinic, 204 Lewis Ave. South, Suite 201**

| CITY: | STATE: | ZIP: | HOME PHONE: | WORK PHONE: |
|---|---|---|---|---|
| **Watertown** | 952-955-1963 | **55388** | | **952-955-1963** |

# STATEMENT OF COMPLAINT

Please see attached.  email copy Attachment ④ (1 A) (1 B)

Star Tribune article from ⑨/10/21 Attachment ②

Star Tribune opinion from ⑨/16/21 - Attachment ③

Medical Information Release 9/29/20 - Attachment ④

Not Applicable ↖

SUBSCRIBED AND SWORN TO BEFORE ME

THIS __24__ DAY OF __SEPTEMBER__ 20 __21__

_(signature)_

SIGNATURE OF NOTARY PUBLIC

__01-31-2023__
MY COMMISSION EXPIRES

NICHOLAS ROBERT FRIIS
Notary Public-Minnesota
My Commission Expires Jan 31, 2023

__9/24/21__
DATE

*Attachment (1a)*

**From:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** Report about family physician, Scott Jensen
**Date:** September 14, 2021 at 4:43 PM
**To:** medical.board@state.mn.us
**Cc:** ▮▮▮▮▮▮▮▮▮▮

Dear MN Medical Board,

I am hopeful that you have received several messages like this one. Scott Jensen, family practice in Chaska, is calling for "civil disobedience" and asking people to "ignore vaccine and mask guidance intended to stem the spread of COVID-19", according to a Star Tribune article this past week. According to this article, he said on Friday that he has not been vaccinated and had no plans to do so. Allegedly he said he had already contracted the virus and has sufficient antibodies, claiming that those antibodies are "superior to what we are getting" with vaccines.

My concerns as a registered nurse include:

1)  Violation of the Hypocratic Oath of doing no harm.
2)  Putting his patients at risk given his non-vaccinated status.
3)  Not following the scientific evidence that is so well known.
4)  Promulgating false information to his patients and the community.

Please do something about this dangerous individual who purports that he is a "physician"... not in my book and I hope not in the Medical Board's book.

Please register this email as an official complaint. If you can let me know anything about my concerns, I would appreciate it.

Thank you.

*Attachment (1 B)*



in this state would be deemed a felony without regard to its designation elsewhere, or a criminal proceeding where a finding or verdict of guilt is made or returned but the adjudication of guilt is either withheld or not entered thereon.

(d) Revocation, suspension, restriction, limitation, or other disciplinary action against the person's medical license in another state or jurisdiction, failure to report to the board that charges regarding the person's license have been brought in another state or jurisdiction, or having been refused a license by any other state or jurisdiction.

(e) Advertising which is false or misleading, which violates any rule of the board, or which claims without substantiation the positive cure of any disease, or professional superiority to or greater skill than that possessed by another physician.

(f) Violating a rule promulgated by the board or an order of the board, a state, or federal law which relates to the practice of medicine, or in part regulates the practice of medicine including without limitation sections 604.201, 609.344, and 609.345, or a state or federal narcotics or controlled substance law.

(g) Engaging in any unethical or improper conduct, including but not limited to:

(1) conduct likely to deceive or defraud the public;

(2) conduct likely to harm the public;

(3) conduct that demonstrates a willful or careless disregard for the health, welfare, or safety of a patient;

(4) medical practice that is professionally incompetent; and

(5) conduct that may create unnecessary danger to any patient's life, health, or safety, in any of which cases, proof of actual injury need not be established.

(h) Failure to provide proper supervision, including but not limited to supervision of a:

(1) physician assistant;

(2) licensed or unlicensed health care provider; and

(3) physician under any agreement with the board.

(i) Aiding or abetting an unlicensed person in the practice of medicine, except that it is not a violation of this paragraph for a physician to employ, supervise, or delegate functions to a qualified person who may or may not be required to obtain a license or registration to provide health services if that person is practicing within the scope of that

**Version List**

Topics

Admissions (evidence)

Advertising

Alcoholism

Change of name

Chemically dependent perso

Commitments

Confidential or privileged information

Recent History

2020 Subd. 6 Amended 2020 c 83 art 2

2020 Subd. 8 Amended 2020 c 79 art 1

2017 Subd. 1 Amended 2017 c 16 s 3

2016 Subd. 1 Amended 2018 c 119 s 6

2004 Subd. 1 Amended 2004 c 198 s 16

2004 Subd. 2 Amended 2004 c 146 art 2 s 6

Violations by Scott Jensen

Star Trib
Sept 10,
2021

# Jensen: 'Stand up' to COVID guidance

## GOP candidate calls for "civil disobedience" against vaccine and mask rules.

Attachment 2

By STEPHEN MONTEMAYOR
smontemayor@startribune.com

Republican gubernatorial candidate Scott Jensen is calling for "civil disobedience" among Minnesotans and businesses in the state, asking them to ignore vaccine and mask guidance intended to stem the spread of COVID-19.

Jensen, a Chaska family physician and former state senator, released a YouTube video Friday announcing that he was drafting language for a proposed bill to make Minnesota a "health freedom sanctuary state" after President Joe Biden said he would use his executive powers to sidestep GOP governors resisting his call for new federal vaccine requirements.

"I'm calling on all citizens to stand up — especially I am calling on my Republican colleagues to stand up and declare where you are on this," Jensen said. "Enough is enough, let's meet this moment."

In an interview Friday, Jensen said that he was working with lawmakers in both the state House and Senate on the proposal but declined to identify them until the bill is complete.

# ...te urges 'civil disobedience' on COVID mandates

with outrage on Fri-
...iden's new mandates,
...ewly elected Sen-
...ority Leader Jeremy
...alling them "simply
...is and unreasonable."
...usinesses continue
...ice back from the
...ic, there is already a
...to find enough work-
...these mandates will
...ven more difficult for
...es and the economy
...ecover," said Miller, a
...Republican.
...campaign for Neil
...ho is also a doc-
...GOP candidate for
...r, meanwhile sent a
...ing pitch on Friday
...; Biden's mandates
...ving to "not back
...om personal free-
...matter what Joe
...inks he can order
...in our bodies."
..., one of the first

entrants into the 2022 race, has focused his campaign almost exclusively on opposition to DFL Gov. Tim Walz's response to COVID-19, Jensen's campaign page has been banned from advertising on Facebook after the social media giant concluded that it "has repeatedly posted content that has been debunked by third-party fact-checkers." TikTok also banned Jensen for misinformation on COVID-19 guidelines.

Earlier this year, Jensen also joined a federal lawsuit seeking to halt COVID vaccinations for children that was filed by a group whose founder participated in the Jan. 6 insurrection at the U.S. Capitol.

Jensen said Friday that he has not been vaccinated and had no plans to do so. He said he already contracted the virus and has sufficient antibodies, which he said is "superior to what we're getting" with vaccines.

"So there is no scientific reason for me to get that vaccine," Jensen said.

But he could be required to get one under Biden's new rules. The president said this week that health care workers who accept Medicare must be vaccinated. Jensen was reimbursed about $550,000 from 2012 to 2019 — the most recent years for which data are available — for care provided to Medicare patients.

On Friday, he said the bill language he is working on includes "a total banishment on vaccine passports, banishment of private sector vaccine mandates, banishment of child masking policies, and a permanent ban on all emergency lockdown powers — without exception."

Minnesota DFL Party Chair Ken Martin on Friday accused Jensen of using a crisis "to play politics through gimmicks and political theater."

"COVID-19 cases are spiking across Minnesota, but instead of taking that seriously, Jensen, a discredited doctor, is nonetheless continuing to spread fear and misinformation," Martin said. "Jensen's proposal would allow businesses to put their profit motive ahead of protecting their employees, customers, and communities. It would result in more Minnesotans being exposed to COVID-19, more Minnesotans getting sick and put on ventilators, and ultimately, more Minnesotans dying."

Minnesota does not have a state policy requiring "vaccine passports," or proof of vaccination. In the early days of the pandemic, Walz issued orders closing schools and in-person service at restaurants and bars, as well as stay-at-home order for workers in nonessential industries. Those orders were lifted over the summer, but businesses had to operate under capacity limits. The governor's peacetime state of emergency ended July 1, and Walz has not signaled plans to order a new state of emergency.

Minnesota has reported a seven-day average of 1,596 new COVID-19 cases as of Thursday — up from this year's low of 63 recorded in July.

Staff writer Glenn Howatt contributed to this report.

Stephen Montemayor • 612-673-1755
Twitter: @smontemayor

# Readers Write



AARON LAVINSKY • aaron.lavinsky@startribu
Amal Algahtani, 50, battled COVID-19 in the M Health Fairview University of Minnesota Medical Ce

**MASKS AND VACCINES**

# Wear one. Get one.

In the Sept. 11 edition of the Star Tribune, I was stunned to see Republican gubernat
candidate Scott Jensen openly call for "civil disobedience" against the very public health
sures necessary in order to make forward progress in the fight against COVID-19, masking
vaccination ("Jensen: 'Stand up' to COVID guidance").

Jensen is not just a politician making opinion statements; he is a licensed family physi
and therefore should be held accountable for his disgraceful disinformation campaign.
Minnesota Board of Medical Practice should investigate and discipline him for his abso
disregard of the facts. His actions are putting more Minnesotans at risk of illness and dea
well as increasing the strain on already overburdened medical providers.

Jensen's public actions painfully undermine the efforts that I, and thousands of my colleag
put forth daily to prevent and treat this deadly virus.

Maybe Jensen hasn't had any patients die of COVID-19 or doesn't care if they do.

But I have, and I do.

DR. MATT LOGAN, Still

•••

*Attachment* (4)

*Not Applicable*

## MEDICAL INFORMATION RELEASE

### AUTHORIZATION FOR USE AND DISCLOSURE OF PROTECTED HEALTH DATA

To: Any Privacy Officer/Health Care Professional

Having been informed of my rights under the Minnesota Government Data Practices Act, I authorize you to furnish a copy of my records in your possession to, or allow those records to be inspected and/or copied by the Minnesota Board of Medical Practice, its agents, agents of the Attorney General's Office representing the Board, and any other appropriate state or federal governmental agencies as allowed by law.

*no treatment rendered to me personally by Scott Jensen*

I further authorize you, as a health care professional, to testify without limitation as to any and all of your findings and/or treatment referred to in said records and authorize the Board to use the information you provide along with the records in any legal proceeding which may arise out of this matter.

I release you, the Minnesota Board of Medical Practice, its agents and the agents of the Attorney General's Office representing the Board from Liability for so releasing said records or so testifying, and waive any privileges afforded me by the law relating to disclosure or introduction into evidence of this health information.

I understand subsequent release of this information may result in the information no longer being protected by the HIPAA Privacy Rule (45 Code of Federal Rules 164).

A photocopy of this form is as valid as the original. This authorization expires at the end of one year from the date of consent, unless expressly revoked in writing earlier. Revocation does not limit the Board's use of the information obtained prior to the date of revocation.



R-8

*EXHIBIT 17*

# COMPLAINT
# REGISTRATION



MN BOARD OF
SEP 1 7 2021
MEDICAL PRACTICE

## MINNESOTA BOARD OF MEDICAL PRACTICE
2829 UNIVERSITY AVENUE SE. SUITE 500
MINNEAPOLIS, MINNESOTA 55414-3246
(612) 617-2130

---

NOTICE OF RIGHTS UNDER THE MINNESOTA DATA PRIVACY ACT:

I understand that I am not legally required to complete or return this form. It is offered so that the Board may properly and thoroughly evaluate and investigate this complaint and, if necessary, submit this information in any legal proceeding. Recognizing the Board's need to verify and, if necessary, legally pursue this complaint, I authorize the Board, its agents, and/or agents of the Attorney General's Office representing the Board to disclose this information to those whom they reasonably believe have a need to know.

---

YOUR NAME, ADDRESS & TELEPHONE NUMBER

---

NAME OF HEALTH CARE PROFESSIONAL YOU ARE COMPLAINING ABOUT

NAME:
Dr. Scott Jensen

STREET ADDRESS:
204 Lewis Ave S.

| CITY: | STATE: | ZIP: | HOME PHONE: | WORK PHONE: |
|---|---|---|---|---|
| Watertown | MN | 55388 | N/A | 952-955-1963 |

# STATEMENT OF COMPLAINT

See attached

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _____ DAY OF _____ 20____

_____
SIGNATURE OF NOTARY PUBLIC

_____
SIGNATURE OF COMPLAINANT

_____
MY COMMISSION EXPIRES

9/15/21
DATE

Minnesota Board of Medical Practice
335 Randolph Avenue Suite 140
St. Paul, MN 55102



Statement of Complaint

My name is ████████ and I am a practicing pharmacist in a small, rural Minnesota hospital. I have witnessed the COVID-19 pandemic first hand, as we saw and continue to see the waves of patients come through the doors with difficulty breathing due to SARS-CoV-2. There are now safe and effective vaccines available to prevent severe disease, but I witness hospital staff, patients, and members of the community describe their hesitancy to the vaccine, mostly based on the misinformation that is infiltrating our media.

This is a formal complaint regarding Dr. Scott Jensen and the misinformation that he is promoting regarding the COVID-19 pandemic and the COVID-19 vaccine. I was first aware of Dr. Jensen spreading misleading and potentially harmful information when he posted on his Facebook page in Fall 2020 regarding ways to treat early-stage COVID-19 symptoms. This information was cited from the Association of American Physicians and Surgeons. As far as I can tell, the information provided from AAPS is neither peer-reviewed, nor evidence-based medicine. This group seems more interested in gaining political power than protecting the public. Information without efficacy and safety data only undermines health care providers that are trying to use evidence-based medicine and help combat this pandemic.

Since then, I have witnessed members of my community mistakenly refer to Dr. Jensen as "Minnesota's Doctor," at a time when he held an office as a Minnesota state senator. He is currently running for Minnesota governor. In addition to having a widely-known presence in politics, his provider webpage at Catalyst Medical Clinic states he is the President of the Catalyst Medical Clinic, he is a Clinical Associate Professor at the University of Minnesota Family Practice department, and he is a staff physician at Ridgeview Medical Center. For someone with this much influence and authority, he should be more aware of his impact. Dr. Jensen's profile on the Minnesota Senate Republican Caucus states he "… fell in love with taking care of people." But Dr. Jensen is also in support of using ivermectin to treat symptoms of COVID-19. There is not enough data to support the safe and efficacious use of ivermectin in the treatment of COVID-19. Personally, I have seen an increased use in prescribing of ivermectin for COVID-19 symptoms which has lead to an increase in adverse effects of its use. If Dr. Jensen is supporting the use of ivermectin while lacking data showing that it is safe and

effective to use for COVID-19 symptoms, what else is he doing in his practice that is unsafe for patients?

Dr. Jensen also encourages people to not get vaccinated against COVID-19. The mRNAs vaccines are proving to be one of the safest vaccine methods currently available, and a clear way to have an end to the pandemic. As a pharmacist, I understand that desire to help people feel better, and wanting to provide solutions for them, but Dr. Jensen is not providing safe options for people and has a large platform to spread his message. I would argue he is providing harmful options for people, which goes against his claim of his love of taking care of people.

Dr. Jensen wants to practice medicine. He also wants to practice politics. But he is harming patients by trying to practice both. Public health is not political. His license needs to be revoked or suspended immediately.

Respectfully,

*EXHIBIT 18*

# COMPLAINT
# REGISTRATION



## MINNESOTA BOARD OF MEDICAL PRACTICE
335 RANDOLPH AVENUE, SUITE 140
ST. PAUL, MINNESOTA 55102
(612) 617-2130

---

NOTICE OF RIGHTS UNDER THE MINNESOTA DATA PRIVACY ACT:

I understand that I am not legally required to complete or return this form. It is offered so that the Board may properly and thoroughly evaluate and investigate this complaint and, if necessary, submit this information in any legal proceeding. Recognizing the Board's need to verify and, if necessary, legally pursue this complaint, I authorize the Board, its agents, and/or agents of the Attorney General's Office representing the Board to disclose this information to those whom they reasonably believe have a need to know.

---

YOUR NAME, ADDRESS & TELEPHONE NUMBER

---

NAME OF HEALTH CARE PROFESSIONAL YOU ARE COMPLAINING ABOUT

NAME:
Scott Jensen, MD          Catalyst Medical Clinic, PA

STREET ADDRESS:
204 Lewis Ave So.

| CITY: | STATE: | ZIP: | HOME PHONE: | WORK PHONE: (office) |
|-------|--------|------|-------------|----------------------|
| Watertown | MN | 55388 | N/A | (952)955-1963 |

## STATEMENT OF COMPLAINT

Purpose: To request that the medical license
of Scott M Jensen, MD be permantly revoked.
Reason: Refuting the standard practice of
medicine, based on science, research and
the CDC and NIH recommendations concerning
immunizations and infection control.
Documentation:
          Enclosed is the interview that appeared
in the New Ulm daily newspaper on Sept 21, 2021.
He is running for governor for the state
of Minnesota.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 27th DAY OF September 20 21

Tamara Carr
SIGNATURE OF NOTARY PUBLIC

1-31-2025
MY COMMISSION EXPIRES



SIGNATURE OF COMPLAINANT

9/27/21
DATE

1-2

TAMARA A. CARR
Notary Public-Minnesota
My Commission Expires Jan 31, 2025

PAGE 2 OF 2

# Dr. Jensen draws a crowd

### We the People 507 host meet/greet

**By Fritz Busch**
Staff Writer

NEW ULM — A woman with a We the People 507 button and bright red shirt that read "I trust Dr. Suess more than Dr. Fauci" was among more than 100 people at Dr. Scott Jensen's meet-and-greet at Booth Welding & Fabricating Monday.

A 1973 Sleepy Eye High School graduate with an undergraduate degree in physiology, he attended Luther Theological Seminary before earning a University of Minnesota medical degree, Jensen was named the 2016 Minnesota Family Physician of the Year by the Minnesota Academy of Family Physicians.

Elected to the Minnesota Senate in 2016, Jensen said he's running for governor in 2022 because Minnesota can't be healed by typical politicians.

In February 2020, he put forth a bill to create a new commission to probe drug price increases.

"In the Legislature, I worked across the aisle.



Staff photo by Fritz Busch

Sleepy Eye native Dr. Scott Jensen of Chaska talks at a meet-and-greet at Booth Welding & Fabricating in New Ulm Monday. He said he's running for governor because Minnesota can't be healed by typical politicians.

I talked of how important it is to license pharmacy benefit managers," Jensen said. "They're controlling our lives far more than we realize. We have to say enough."

The event was hosted by We the People 507, a citizens group from New Ulm and surrounding communities who say their goal is make positive changes statewide and locally, while resisting changes that would affect rights contained and guaranteed by the U.S. Constitution.

Attendees recited the U.S. Pledge of Allegiance before Jensen spoke.

"Healthcare is best when it centers around a patient," Jensen said. "We're here today because you've got to be the champion of your health... You can choose if you get a flu or shingles shot."

Jensen said in 2017, he was "annoyed as all getout when Blue Cross/Blue Shield health insurance wouldn't take care of all 87 Minnesota counties.

He cast doubt on the effectiveness of wearing masks.

"We have 19 years of data that says masks don't do the job... They have 10% filtration efficiency," Jensen said.

"Lockdowns? You don't really know if your business is safe," he added.

"Vaccines? I don't think people should be fined for standing up for their core convictions. A vaccine is not like a penicillin shot. It's a lot more like chemotherapy for cancer," Jensen said.

He said natural immunity is superior to a two-shot vaccine.

Some of his other campaign planks include no mask mandate for school kids, no vaccine passports, no vaccine mandate in the private sector or emergency lockdowns that don't work.

"We need to follow

**Jensen**
Continued on page 3A

---

to any.

Brown County Public Health Director Karen Moritz confirmed many of the new cases are skewing younger. Of the new cases reported this week, 22% were 18 and younger.

This means over a fifth of COVID cases is among the school-age population. Moritz said this is common across the state. A higher percentage of seniors are vaccinated against the virus. In Brown County, 92.5% of people over 65 years have received one dose of the vaccine. However, the vaccine is not yet available for kids 12 and under.

Moritz said there have been cases of virus transmission in some Brown County schools. Students and staff have contracted the virus. Public Health has only been able to report the number of people who test positive. The number of people who are not testing could be higher.

The introduction of at-home COVID tests further complicates the numbers.

**Death**
Continued on page 3A

Moritz explained it is difficult to know the true number of people infected. Since the beginning of the pandemic, Public Health has only been able to report the number of people who test positive. The number of people with the virus who are not testing could be higher.

---

Last year, the city approved a final 2021 budget of $21,729,970 with a property tax levy of $8,266,209. The current preliminary budget is a $1.27 million increase from last year, and the property tax increase is $533,039. If the council chooses to approve this budget, the preliminary tax increase would be at least 6.4%.

Once a preliminary tax levy is set, the city has the option to further reduce the levy before the end of the year but cannot increase the levy.

A development agreement with Steam's Edge Properties for land in the Airport Industrial Park at 221.5 Jacobs Street will come before the council.

Steam's Edge is a holding company for property and land purchases made by trucking company Dayton Freight Line, Inc.

The property in question is located north of Walmart and covers 6.85 acres. The purchase price is $164,057. The city entered a purchase agreement with Steam's Edge for the property in February 2021. A condition of the sale requires Steam's Edge and the city to enter into a development agreement for the project. The proposed project for this site consists of a 3,600 square foot office and 10,800 square foot warehouse.

**Budget**
Continued on page 3A

he Journal, New Ulm, MN Tuesday, September 21, 2021 **3A**

# GFW board OKs maximum levy

## Transfers $200k to LTFM

**By Fritz Busch**
Staff Writer

GIBBON — The Gibbon Fairfax Winthrop (GFW) School Board unanimously approved the proposed 2021 payable 2022 levy certification at the maximum amount Monday.

Action came on a motion by board member Mike Kuehn, seconded by Drew Schmidt.

Superintendent Jeff Horton said the actual certification amount will be determined in December and that most of the time, school boards certify the maximum levy amount.

The board approved a master agreement with Independent District 2365 and the school bus driver's association bus drivers contract.

The board approved a fund transfer request to move $220,000 in unassigned funds to the long-term facilities maintenance fund (LTFM) to help with the cost of learning loss and increase in interventions due to the (COVID-19) pandemic.

Board member Dan Merkel voted against the resolution that passed 5-1. He asked why the money should be shifted and if it was necessary.

Horton said removing the financial restrictions on the money now benefits the school district from an accounting standpoint.

The board unanimously approved donations to the school district including $500 each from Jeff and Zach Rose to the GFW football program with a 3M Foundation volunteer match.

In addition, Carl and Demitri Rains donated $500 including $439.96 for art shelving and the remaining $60.04 to Mrs. Krzmarzick; and the Pet Vet Care Centers donated $166.66 to GFW FFA from customers that selected the GFW FFA Chapter.

Board member Mike Kuehn talked about school starting this fall.

"It feels good to see and talk to people at volleyball and football games. It feels closer to normal than last year," said Kuehn.

*Fritz Busch can be emailed at fbusch@nujournal.com.*

## Jensen From page 1A

President [Donald] Trump's model," Jensen said. "His legacy will be policy. He reduced rules and regulations and put good judges in place. He went after NATO and NAFTA and trail-blazed issues. That's what we'll do. But we'll do something different and engage groups that weren't before."

On another note, he also said catch and release may work for walleyes, but not for felons.

"I want to make it easy to vote, but hard to cheat. And cheaters should spend some time in jail," Jensen said.

party hasn't helped farmers succession planning or E85.

"We need to let farmers farm, teachers teach and have good paying jobs and a robust economy," Jensen said. "Talk of this and we'll get this done. It isn't about the candidate. It's about values. We need to get back on the right path. As governor, I'll work my tail off so Minnesota heals. We can do this together, creating a groundswell movement, respecting parents and rejecting Critical Race Theory (CRT) and mandates."

*Fritz Busch can be emailed at fbusch@*

*EXHIBIT 19*

# COMPLAINT
# REGISTRATION



## MINNESOTA BOARD OF MEDICAL PRACTICE
2829 UNIVERSITY AVENUE SE, SUITE 500
MINNEAPOLIS, MINNESOTA 55414-3246
(612) 617-2130

| NOTICE OF RIGHTS UNDER THE MINNESOTA DATA PRIVACY ACT: |
|---|
| I understand that I am not legally required to complete or return this form. It is offered so that the Board may properly and thoroughly evaluate and investigate this complaint and, if necessary, submit this information in any legal proceeding. Recognizing the Board's need to verify and, if necessary, legally pursue this complaint, I authorize the Board, its agents, and/or agents of the Attorney General's Office representing the Board to disclose this information to those whom they reasonably believe have a need to know. |

### YOUR NAME, ADDRESS & TELEPHONE NUMBER

### NAME OF HEALTH CARE PROFESSIONAL YOU ARE COMPLAINING ABOUT

NAME:
Dr Scott Jensen

STREET ADDRESS:
204 Lewis Ave S. Suite 201

| CITY: | STATE: | ZIP: | HOME PHONE: | WORK PHONE: |
|---|---|---|---|---|
| Watertown | Mn | 55388 | — | 952-955-1963 |

# STATEMENT OF COMPLAINT

Dr. Scott Jensen is a practicing family doctor. Dr. Scott Jensen is currently running for elected office. He wants to be the next governor of the state of Minnesota.

Dr. Scott Jensen has spread (and continues to spread) misinformation about the Covid-19 pandemic and Vaccines. (I could list more detail, but the fact that a medical doctor spreads lies about a serious public health threat should be enough.)

I would hope the Board of Medical Practice could take action to remove Dr Jensen's medical license. His beliefs are putting his patients (and the broader community) at high risk of Covid. I am not a patient of Dr Jensen's, but I am a concerned citizen.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS _____ DAY OF _____ 20____

_____

SIGNATURE OF NOTARY PUBLIC

_____

SIGNATURE OF COMPLAINANT

_____

MY COMMISSION EXPIRES

_____

DATE

*EXHIBIT 20*

**Anderson, Brian (HLB)**

| | |
|---|---|
| **From:** | Dr. Scott Jensen <smj2203@gmail.com> |
| **Sent:** | Tuesday, November 9, 2021 12:48 PM |
| **To:** | Anderson, Brian (HLB); Jensen Scott |
| **Subject:** | Fwd: MBMP 11.9.21 response attachments |
| **Attachments:** | image2021-11-09-062523.pdf |

**This message may be from an external email source.**
Do not select links or open attachments unless verified. Report all suspicious emails to Minnesota IT Services Security Operations Center.

MBMP response 11.09.21 with attachments

November 9, 2021

Dear Minnesota Board of Medical Practice committee members,

The investigative process we are mutually involved with at this time is bordering on the ridiculous. I have seen no clear evidence that you are being asked to adjudicate a situation whereby patient healthcare services provided by me have been problematic. Collectively you and I are being abused by those with a political agenda who would weaponize your agency for purposes outside the realm of your mission.  I have attached some social media twitter posts which closely resemble the language of the current allegations. I am offended because my rights as a citizen and as a gubernatorial candidate are being called into question by politically motivated persons who essentially get to force you - an appointed board of members who may have expertise in healthcare matters but not necessarily possessing deep constitutional understanding - to judge me. I hope you also are offended.

Let me be clear, I do not possess deep constitutional understanding, but I do have serious concerns that an appointed executive branch agency holds the power to revoke a citizen's right to work in his chosen profession because he exercised his right of free speech.

This is the fifth time you have investigated me in the last 17 months. Heretofore I have not asked for the identities of my accusers, but I do ask now. It is unfair to me, and to you, that these accusers can hide behind anonymity and make attacks with no intrinsic personal responsibility or liability for being truthful, deceitful, or whatever.  It appears they did not submit any actual documentation that an error or wrongdoing has been committed; rather their opinion is enough to trigger an orchestrated attack on my license, my livelihood, and my patients.

I ask that you disclose to me these accusers, or at the very least, let them know that their identity must be disclosed if they want their accusations to be considered by you. (It is noteworthy that parents in many MN school districts must publicly disclose their names and full addresses in order to present mere comments to school boards.)

The following is my response to your most recent letter of investigation with a brief explanation to the six bullet point allegations, and I also provided attachments to support my statements.

First Bullet:  Civil disobedience is essentially peaceful non-compliance.  Unwittingly, many doctors may have engaged in such behavior without realizing it. I called for consideration of temporary civil disobedience to a non-binding political press conference carried out by President Biden on September 9, 2021. In this press conference he announced his intention to impose a vaccine mandate on employers with more than 100 employees. His proclamation exempted congress and staffers and a multitude of others. Neither President Biden nor his staff immediately followed through on this press conference.  Press conferences are not laws or executive orders.  They are often nothing more than saber-rattling by politicians. In short, the press conference alone represented little more than a discussion.  It required follow up actions in order to be substantive and binding. Unfortunately this mere press conference - not representing an executive order - was subsequently used as a tool to 'fire' thousands of hard-working American citizens, many of whom were health care workers who only a few months earlier had been hailed as heroes.  Two months later President Biden has now taken steps to place on the Federal Register the actions proclaimed on September 9, 2021, and the courts will likely decide the final outcome regarding constitutionality.

Second bullet: I am not vaccinated against COVID-19. I had the disease in August 2020 and have had many positive antibody tests done since then consistently demonstrating ongoing antibody formation. I have had no negative antibody lab draws.  I have donated plasma through the blood bank, because I was identified as having an array of antibodies causing my plasma to be ideal for convalescent plasma use in persons struggling from COVID-19. My antibodies were checked recently and continue to be positive.
In our clinic, masks are encouraged but not required. I wear masks depending on my patients' preference. When I go to the hospital, I wear a mask. I no longer see patients in nursing homes. Regarding children wearing masks in schools, school boards make these decisions but I've been clear that I do not believe young children should be wearing masks in schools unless their parents choose to have their children masked.  If children are symptomatic or recently exposed, they should be following CDC guidelines regarding isolation or quarantine.

Third bullet: Yes, public health has been politicized by tens of thousands of people during the course of this pandemic and centering this accusation on me is nonsense. From 2001 through 2019, masks had been deemed to not prevent respiratory virus disease, and no mandates for mask wearing were in place during that time span because of the data. Some masks indeed have a filtration efficiency rating of less than 10%. Additionally, I have commented that the vaccine works through an interaction with our immune system. Chemotherapy agents work through an interaction with our immune system. This contrasts with many antimicrobials which can achieve their objectives virtually independent from the immune system.

Fourth bullet: I do not claim that hospitals and doctors are falsifying death certificates. I have stated very clearly that in April, 2020 the Minnesota Department of Health and the CDC revised their recommendations as to how death certificates should be completed in regard to determining the underlying cause of death and how to record potentially contributing conditions. These are acknowledged facts borne out by MDH communications which I have previously sent to you.

Fifth bullet: Ivermectin is an approved medication on the WHO list of essential medicines.  I have used this medication for decades, and if patients ask me if they can use it, I consider such requests on an individual basis in light of clinical situations and indications.  I believe some significant medical literature has supported possible usefulness of ivermectin in the early stage of COVID-19, and as such I have written a handful of prescriptions for ivermectin for COVID-19.

Sixth bullet: I will not stoop to a level of defending the benefits of natural immunity. The complainants can do their due diligence and make a more substantive claim. A starting point for such due diligence might be a study of measles.

I understand that you have a mission to accomplish, and I appreciate the work you do. I suspect we likely share significant concerns regarding investigating allegations associated with physicians who are politically engaged with a broad scope of subjects outside the actual practice of patient care medicine.  Thank you for your time and consideration.

Respectfully,

Scott Jensen, MD
612-812-8158
Smj2203@gmail.com

*EXHIBIT 21*

# MINNESOTA
## BOARD OF MEDICAL PRACTICE

**PERSONAL AND CONFIDENTIAL**

December 21, 2021

Scott M. Jensen, M.D.
9375 Pierson Lake Drive
Chaska, MN  55318

RE:  Investigation of Board Complaints – Additional Information Requested
      Board File Nos.:  BFA09210186, BFA10210192, BFA10210193, BFA10210197, BFA10210223,
                 BFA10210224, BFA10210225, BFA10210226, BFA10210227, BFA10210228

Dear Dr. Jensen:

As you will recall from previous contact, the Board notified you of the above-referenced complaints on
October 21, 2021. Your written response regarding the allegations was received by the Board on
November 9, 2021. In your response, you indicated that you have prescribed ivermectin to some of your
patients for treatment of COVID-19.

Pursuant to the Board's investigation of this matter, please provide the following records:

- *Copies of medical records for the most recent 3-5 patients to whom you prescribed ivermectin to
treat COVID-19.*

Please send the requested records by **January 12, 2022.** You may provide this information via first class
U.S. Mail, e-mail, fax, or CD-ROM. Please reference the Board file numbers listed above in all
correspondence. All data collected during this inquiry are confidential and cannot be disclosed to anyone,
except other state boards and state agencies.

A signed records release form is not available for the patients. Minnesota Statute § 147.161, subd. 3,
allows health care providers to release medical records to the Board under such circumstances. This
statute provides:

> *"If no consent form has been signed, the hospital or physician shall
> first delete data in the record which identifies the patient before
> providing it to the Board."*

Under 45 Code of Federal Regulations, Section 164.512 (d), this information can be disclosed to the
Board, as a health oversight agency, without written consent or authorization of the patient or the patient's
legal representative.

(cont.)

335 Randolph Avenue, Suite 140 ■ Saint Paul, MN 55102
Telephone (612) 617-2130 ■ Fax (612) 617-2166 ■ www.bmp.state.mn.us
MN Relay Service for Hearing Impaired (800) 627-3529
AN EQUAL OPPORTUNITY EMPLOYER

PR-1S

Page 2

I must inform you that, as a licensee of the Board, you are required to cooperate fully with the investigation into this matter. Failure to cooperate could result in disciplinary action by the Board. Your cooperation in this matter is appreciated.

Thank you for your cooperation in this matter. If you have any questions, please feel free to contact me.

Sincerely,

Brian Anderson
Medical Regulations Analyst
612-548-2141
Brian.Anderson@state.mn.us

PR-1S

*EXHIBIT 22*

**Wollin, Mitchell J (HLB)**

| | |
|---|---|
| **From:** | Van Etta-Olson, Kathryn (HLB) |
| **Sent:** | Tuesday, June 28, 2022 9:00 AM |
| **To:** | Wollin, Mitchell J (HLB); Braddock, Megan (HLB) |
| **Subject:** | FW: Dr. Scott Jensen |

Please open a complaint based on the email below.

Kind regards,
Kate

**From** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, June 27, 2022 4:05 PM
**To:** Gardner, Alex (HLB) <Alex.Gardner@state.mn.us>
**Subject:** Dr. Scott Jensen

Hello Mr. Gardner,
You've responded to my questions previously re my own credentialing so I'm writing to you re this complaint.

I wanted to share my message below to the University of MN with the Minnesota Board of Medical Practice (MBMP) about Dr. Scott Jensen. I know he is under investigation. I sent my message below to the dean of the U of MN Medical School and the director of the Dept of Family Medicine. It turns out they have a formal way of handling requests for information about people who have worked there so I did not want to wait for an answer from them before sending this to MBMP since I think it important that MBMP be aware of.

This is basically what I wrote to the U of MN (with some additional info I added as an afterthought)

Dear Dr. Pacala and Dr. Tolar

Dr. Scott Jensen, a family physician and the Republican candidate for Governor, released a Twitter video
https://twitter.com/drscottjensen/status/1537633048090628096?s=10&t=UuGmzeDE8ezCnu9zYz19Qw
two days ago excoriating the Minnesota Board of Medical Practice (MBMP) for not getting back to him quickly enough regarding the investigation he is undergoing about his medical practice. He says in the video this is the fifth time he has been investigated.

I wanted to fact check with you something he said in his diatribe against the board about his credentials at the medical school before I write to them [MBMP].

At minute 2:01 of the twitter video
he states, "I have been a professor at the medical school for three decades plus."

I doubt that this is true since he is in a private medical practice in Chaska. The way he uses the word "professor," I (and others) would interpret this to indicate a full professorship (and an employee) at the University of Minnesota medical school, not a clinical title for a volunteer doctor who works with medical students.

He could be a "clinical" professor of some type but is certainly not a what I would come close to referring to as "professor" which means a full professorship in academia to anyone in the medical community.

I would like to notify the Board of Medical Practice of his statement of self-aggrandizement and his disingenuousness re his credentials. He should know better and certainly does.

1

On June 12 in the Pioneer Press, https://www.twincities.com/2022/06/12/scott-jensen-covid-vaccination-mandate-status-explainer/ it states he was a Clinical Associate Professor – University of MN Family Practice Dept. 1984-present. Did he hold this title until 2020?

Thank you for reading this and I hope to hear from you soon.



*EXHIBIT 23*



# American Board of Family Medicine, Inc.

*Quality Healthcare, Public Trust... Setting the Standards in Family Medicine*

January 25, 2022

Scott Jensen, MD
9375 Pierson Lake Drive
Chaska, MN 55318

Re: ABFM ID #042127 Letter of Concern

Dear Dr. Jensen:

Recently the American Board of Family Medicine (ABFM) has received reports regarding your public statements on the COVID-19 vaccine and the efforts of public health officials to combat the ongoing pandemic through vaccination. Reports state that you have denigrated vaccination for COVID-19 publicly, including at public events and on social media. We have reviewed information that would indicate you have publicly posted statements, videos, and images on social media, and made public appearances, in which you denounced the efficacy of vaccination. ABFM has also received concerning reports that you participated in the "Truth Over Fear Summit" event with prominent anti-vaccine activists, filed a lawsuit in collaboration with America's Frontline Doctors seeking a restraining order against the U.S. Department of Health and Human Services barring vaccination of children against COVID-19, and have been banned from the TikTok platform as well as restricted from advertising on Facebook due to dissemination of misinformation regarding COVID-19. Dissemination of misinformation is inconsistent with the standards of ABFM board certification, and ABFM is currently reviewing this matter under the ABFM Guidelines for Professionalism, Licensure, and Personal Conduct (the "Guidelines").

ABFM Guidelines require all board-certified family physicians to meet expectations of personal and professional conduct in both the practice of medicine and in dealing with the public. A copy of the Guidelines is enclosed for reference. Expectations include the obligation to maintain and practice professional competence, including a commitment to lifelong learning and maintaining the necessary medical knowledge to provide quality patient care (Section 5.1), demonstrating honesty with both patients and the public (Sections 5.2 and 5.3), and maintaining respect for legal obligations (Section 5.8). These obligations prohibit, among other things, physicians from making false or misleading information to patients or the public and require physicians to provide honest information in keeping with prevailing evidence-based medical science. Violation of the Guidelines may result in action by the ABFM to withdraw the privilege of board certification.

The ABFM has concerns about the truthfulness and accuracy of your public statements about the COVID-19 vaccine. Ample evidence demonstrates that the vaccine is safe and effective against severe illness, hospitalization, and death from COVID-19 infection. Spreading misinformation or falsehoods about the vaccine is unethical, unprofessional, and has the potential to cause harm to patients and the public. Board certification is a privilege providing a high degree of credibility in discussions of medicine and public health, including on public platforms outside of the examination room. Board-certified physicians' use of their credentials to promulgate false or misleading information constitutes an abuse of the public trust and a violation of the Guidelines.

 **American Board of Family Medicine, Inc.**

*Quality Healthcare, Public Trust... Setting the Standards in Family Medicine*

Prior to continuing our review, it is important that you first be provided the opportunity to respond to the statements of potential misconduct outlined in this letter. ABFM requests that you address the following:

- The accuracy of the information or allegations contained in this letter regarding your public statements, written or oral, about COVID-19 vaccines or other matters which you believe deserve your response.
- In addition to the information or allegations stated above, provide all information or links to information authored by third parties that you have shared with the public on Facebook, your practice website, other social media, or any other public forum regarding COVID-19 vaccines as well as the date(s) that the information was shared or posted publicly.
- Provide the scientific evidence and source material(s) that you have reviewed and relied upon for the positions you have taken, as well as any information you have provided to the public about the efficacy of COVID-19 vaccines.
- Provide a description of the efforts undertaken to review or correct information provided to patients and the public regarding COVID-19 or the COVID-19 vaccine.
- Please include in your response your own personal perspective on these matters.

ABFM will temporarily suspend its internal review of this matter pending your response. Also note that the Guidelines require a timely response to ABFM inquiries, and if you have failed to respond within 30 days from the date of this letter, ABFM staff will be directed to resume the review of possible action in connection with the allegations.

Please feel free to contact me if you have any questions about the Guidelines or would like to discuss this matter further.

Sincerely,

Warren Newton, MD, MPH
President
American Board of Family Medicine

Enclosure

*EXHIBIT 24*

8:34

Photo ⌄                                              **Done**



**Tim Walz** ✓ @Tim_Walz · Oct 11                              ···
👤 Governor candidate, MN

Now, his medical license is under investigation for the 5th time. It's unacceptable for any candidate to put our state at risk with extreme conspiracy theories.

He's not for Minnesota.

💬 107          ↻ 77          ♡ 561          ⬆

💬 15          ↻ 19          ♡ 35

*EXHIBIT 25*

## BEFORE THE MINNESOTA

## BOARD OF MEDICAL PRACTICE

In the Matter of the
Medical License of
Scott M. Jensen, M.D.                                    **NOTICE OF CONFERENCE**
Year of Birth: 1954
License Number: 26965

TO:   Scott Mitchell Jensen, M.D. ("Respondent"), 9375 Pierson Lake Drive, Chaska,
Minnesota 55318.

### I.
### The Conference; Jurisdiction.

RESPONDENT IS HEREBY NOTIFIED that the Minnesota Board of Medical Practice

("Board") through its Complaint Review Committee will hold a conference to discuss the above-

entitled matter on **February 24, 2023**.  In light of the global pandemic, the conference may be

held through a virtual conference or at 335 Randolph Avenue, Suite 140, St. Paul, Minnesota

55102.  Respondent shall reserve the entire day on Respondent's schedule.

### II.
### The Purpose of the Conference; Allegations.

The purpose of the conference is to discuss Respondent's ability to practice medicine and

surgery with reasonable skill and safety to patients.  **Please note the following are allegations**

**only.  The Complaint Review Committee has made no decision regarding the truth of these**

**allegations.  Please provide the Complaint Review Committee, no later than ten days before**

**the date of the conference, with a written response to the allegations herein. Failure to**

*THIS DOCUMENT CONTAINS NON-PUBLIC DATA*

**provide a written response may be viewed as a failure to cooperate under Minnesota Statutes sections 147.131 (2020).** Specifically, the Complaint Review Committee ("Committee") is seeking information on the following allegations:

### Background

1.     Respondent was licensed by the Board to practice medicine and surgery in the State of Minnesota on July 1, 1982. Respondent is board certified in family medicine.

### Allegations

2.     Between April 2020 and June 2022, the Board received 18 complaints related to Respondent's public statements on COVID-19 and patient care. Specifically, the complaints alleged that:

    a.     Respondent promulgated disinformation regarding the COVID-19 pandemic, advised against vaccines and masks, including calling for civil disobedience among Minnesotans and businesses to ignore vaccine and mask guidance, and gave advice that promotes the transmission of COVID-19.

    b.     Respondent claimed that COVID-19 is nothing more than the flu and falsely compared and minimized the difference between the 2009 H1N1 pandemic and COVID-19.

    c.     Respondent promoted conspiracy theories alleging the Minnesota Department of Health instructed providers to falsify death certificates to list COVID-19 as the cause of death, whether or not the patient's underlying or contributing cause of death was COVID-19, when Minnesota was following federal guidance as a measure to better define the scope of the pandemic. Respondent was also "very publicly minimizing" and "deliberately downplaying" COVID-19 deaths.

2

*THIS DOCUMENT CONTAINS NON-PUBLIC DATA*

     d.    Respondent was not vaccinated and was putting patients at risk by not wearing masks in the patient care setting, and he recommended against children wearing masks in schools.

     e.    Respondent attempted to benefit himself by misconstruing medical information to the public in a manner inconsistent with the recommendations of public health officials during a pandemic. Specifically, during a speech on September 20, 2021, Respondent stated, "We have 19 years of data that says masks don't do the job…They have a 10% filtration rate." Additionally, Respondent compared the vaccines to "chemotherapy for cancer."

     f.    Respondent advised patients to take ivermectin without scientific data to support their use in the treatment of patients with COVID-19.

     g.    Respondent promoted the benefits of natural immunity over vaccines.

     h.    On May 20, 2021, Respondent filed a temporary restraining order ("TRO") in the U.S. District Court for Alabama. The TRO was filed against the emergency use authorization permitting the use of COVID-19 vaccines in children under the age of 16. The TRO claimed that children under the age of 16 "are at 0% risk of death, and that [children] are not at risk of harm from COVID-19."

     i.    Respondent falsely claimed to have been a professor at the University of Minnesota medical school for over 30 years when Respondent was a clinical associate.

     3.    The Board has received Respondent's written responses to the Board's requests for additional information. Respondent indicated that:

*THIS DOCUMENT CONTAINS NON-PUBLIC DATA*

      a.     Respondent participated in local, national, and international television and radio shows to discuss COVID-19. Respondent has made hundreds of statements on the floor of the Minnesota Senate, and in various committee meetings. Respondent believes discussing COVID-19 was part of his job as a citizen, physician, and legislator.

      b.     Respondent stated that the underlying COVID-19 virus does have many similarities to other viruses *(e.g.,* the 2002 SARS Corona epidemic and influenza viruses). Respondent stated that he has provided specific contextual comparisons between influenza outbreaks and COVID-19 regarding mortality, testing, latency and incubation periods, modeling uses and shortcomings, and treatment protocols.

      c.     Respondent called for consideration of temporary civil disobedience in response to President Biden's press conference on September 9, 2021, when President Biden announced his intention to impose a vaccine mandate on employers.

      d.     Respondent indicated that an unvaccinated person with a previous COVID-19 infection has the same level of protection as a vaccinated person.

      e.     Respondent did not require masks to be worn at his clinic. Respondent acknowledged that he recommended against young children wearing masks in school unless requested by the child's parents.

      f.     Respondent stated that public health has been "politicized by tens of thousands of people during the course of this pandemic and centering this accusation on [Respondent] is nonsense."

      g.     Respondent denied that he claimed hospitals and doctors are falsifying death certificates.

*THIS DOCUMENT CONTAINS NON-PUBLIC DATA*

      h.     Ivermectin was an approved medication on the World Health Organization's list of essential medicines, and Respondent had "written a handful of prescriptions for COVID-19."

      4.     A review of Respondent's patient medical records where Respondent prescribed Ivermectin revealed the following:

      a.     Respondent's medical record documentation was often illegible.

      b.     In addition to Ivermectin, Respondent prescribed other medications off-label to treat COVID-19.

      c.     Respondent did not document rationale for treating patients with specific medications and did not document any informed consent discussion regarding using medications off-label.

      5.     The Committee reviewed the matter and recommended that Respondent appear before the Committee to discuss the allegations above.

### III.

### The Issues.

The questions to be considered are whether the Complaint Review Committee should conclude, based upon the above-referenced actions, that Respondent:

      1.     Engaged in unethical or improper conduct including but not limited to: conduct likely to deceive, or defraud the public; conduct likely to harm the public; conduct that demonstrates a willful or careless disregard for the health, welfare, or safety of a patient; medical practice that is professionally incompetent; and conduct that may create unnecessary danger to any patient's life, health, or safety, in any of which cases, proof of actual injury need not be established.

*THIS DOCUMENT CONTAINS NON-PUBLIC DATA*

2.     Engaged in conduct that departs from or fails to conform to the minimal standards of acceptable and prevailing medical practice in which case proof of actual injury need not be established.

3.     Improper management of medical records, including failure to maintain adequate medical records.

4.     Inappropriately prescribed or failed to properly prescribe a drug or device, including a drug or device for other than medically accepted therapeutic or experimental or investigative purposes authorized by a state or federal agency.

Such conduct would constitute a violation of Minn. Stat. § 147.091, subd. 1 (g), (k), (o), and (s) (2020). Respondent is urged to attend this conference.

## IV.

### Notice Pursuant to the Minnesota Government Data Practices Act.

The Board Complaint Review Committee is seeking data from Respondent, which may be considered private or confidential under the Minnesota Government Data Practices Act, Minnesota Statutes section 13.01, *et seq.* (2020). Minnesota Statutes section 13.04, subdivision 2 requires the Board to notify Respondent of the following four matters before Respondent is asked to supply any private or confidential information about himself:

1.     The data being collected are part of an investigation into Respondent's conduct and will be used by the Board in evaluating complaints made against Respondent to determine whether Respondent has violated any statutes or rules the Board is empowered to enforce.

2.     Pursuant to Minnesota Statutes section 147.131 (2020), Respondent is required to cooperate fully with the Board.  Cooperation includes responding fully and promptly to any questions raised by or on behalf of the Board relating to the subject of the investigation, executing all releases requested by the Board, providing copies of client records, and appearing at conferences or hearings

*THIS DOCUMENT CONTAINS NON-PUBLIC DATA*

scheduled by the Board or its staff. A refusal to answer a question or questions, based on a valid assertion under the Fifth Amendment of the Constitution that Respondent's answer would expose Respondent to a substantial and real threat of implicating himself in a crime, will not be considered to be non-cooperation. However, if Respondent chooses to assert a right not to answer because of the Fifth Amendment, a decision regarding the matter at issue will be made on the basis of the information available to the Board without Respondent's answers.

3.     If Respondent supplies the data requested and they show a violation of any of the statutes or rules enforced by the Board, Respondent may be subject to disciplinary or other action. However, if Respondent refuses to supply requested data (except refusal based on a substantial and real threat of self-incrimination in a criminal proceeding), the Board has the authority under Minnesota Statutes sections 147.091, subdivision 1(u) and 147.141 (2020) to take disciplinary or other action for failure to cooperate with an investigation. If Respondent chooses to exercise a constitutional right to refuse to answer, the Board will base its decision whether to pursue action against Respondent based on the other information which is available to the Board.

4.     Respondent is advised that data which Respondent supplies will be accessible to staff of the Board and the Office of the Attorney General. The data may be released to other persons and/or governmental entities who have statutory authority to review the data, investigate specific conduct and/or take appropriate legal action, including but not limited to, law enforcement agencies, courts, and other regulatory agencies. If the Board institutes a formal disciplinary action against Respondent that is litigated, the information Respondent supplies could become public.

*THIS DOCUMENT CONTAINS NON-PUBLIC DATA*

## V.

### Possible Results of the Conference.

Any one or a combination of the following actions could be taken as a result of or following the conference:

1.     The Complaint Review Committee could conclude the matter based upon its determination that there are insufficient grounds for discipline;

2.     The Complaint Review Committee could enter into an agreement with Respondent for corrective action;

3.     The Complaint Review Committee and Respondent could enter into a stipulation permitting the full Board to issue a mutually agreed upon disciplinary order or remedy; or

4.     The Complaint Review Committee could determine that the matter will be satisfactorily resolved only by a contested case hearing conducted in accordance with the Minnesota Administrative Procedure Act.

## VI.

### Additional Information.

RESPONDENT IS FURTHER NOTIFIED that Respondent may choose to be, though need not be, represented by counsel at the conference and that anything Respondent says may be used as evidence against Respondent should the matter proceed to a formal hearing at a later time.  Respondent is further advised that the conference is designed to permit the Complaint Review Committee to seek and clarify information, to provide Respondent with an opportunity to clarify a possible misunderstanding, and to allow the Complaint Review Committee and Respondent to seek resolution and remedy of any possible problems without the necessity of instituting a formal case.

8

*THIS DOCUMENT CONTAINS NON-PUBLIC DATA*

The Minnesota Government Data Practices Act classifies data relating to a health-related licensing board's investigation of complaints it has received against any licensee as confidential data. Minn. Stat. §§ 13.41, subd. 4; 13.02, subd. 3 (data made confidential by statute or federal law are non-public data). "Any person who willfully violates the provisions of [Minnesota Statutes chapter 13] or whose conduct constitutes the knowing unauthorized acquisition of not public data, as defined in section 13.055, subdivision 1, is guilty of a misdemeanor." Minn. Stat. § 13.09(a).

Please confirm conference attendance by contacting **Bryan Shirley at (612) 548-2146 or Bryan.Shirley@state.mn.us** within 10 days of service of this notice. A conference will be rescheduled only in case of an extreme emergency. Respondent must submit in writing to the Board office any request for rescheduling of the conference within 10 days of service of this notice on Respondent and must state the specific reason why Respondent will be unable to attend the conference. The chair of the Complaint Review Committee will determine whether a request for rescheduling shall be granted or denied.

IF RESPONDENT NEEDS A REASONABLE ACCOMMODATION FOR A DISABILITY in order to participate in the conference, such an accommodation can be made available upon request. Examples of reasonable accommodations include wheelchair accessibility, an interpreter, or Braille or large-print materials. To arrange an accommodation, Respondent may contact Kathy Harris at the Board of Medical Practice, 335 Randolph Avenue, Suite 140, St. Paul, Minnesota 55102, or Respondent may call Voice: (612) 548-2158 or TDD: 1-800-627-3529.

Dated: _January 25_ , 2023

MINNESOTA BOARD OF
MEDICAL PRACTICE

*K. L. Van Etta-Olsen*
per Ruth M. Martinez
Executive Director

9

*EXHIBIT 26*

# TRIAGE BALLOT

December 3, 2021
Burkle-Spaulding-Williams

ANALYST: Brian                    ANALYST #2

| RESPONDENT | DISMISS | MCC | NOC | CONT | SYSTEM | OTHER |
|---|---|---|---|---|---|---|
| ██████████ | ██ | ██ | ██ | ██ | ██ | ██ |
| Scott M. Jensen, M.D. | | | X ✳ | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

✳ subpoena patient records

BY _[signature]_                    DATE _12/3/21_

On behalf of Stuart Williams J.D.

# TRIAGE BALLOT

December 3, 2021
Burkle-Spaulding-Williams

ANALYST: Brian                    ANALYST #2

| RESPONDENT | DISMISS | MCC | NOC | CONT | SYSTEM | OTHER |
|------------|---------|-----|-----|------|--------|-------|
|  |  |  |  |  |  |  |
| Scott M. Jensen, M.D. |  |  | X * |  |  |  |

*Subpoena patient records

BY _____   DATE 12/3/21

on behalf of Kimberly W. Spaulding, M.D., MPH

# TRIAGE BALLOT

December 3, 2021
Burkle-Spaulding-Williams

ANALYST: Brian

ANALYST #2

| RESPONDENT | DISMISS | MCC | NOC | CONT | SYSTEM | OTHER |
|---|---|---|---|---|---|---|
| ███████████████████ | | | | | | |
| Scott M. Jensen, M.D. | X | | | | | |
| ███████████████████ | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

BY _____   DATE __12/3/21__

on behalf of Christopher Burkle, M.D., J.D., FCLM